GOD will BE DONE on EARTH AS IN HEAVEN

IN GOD WE TRUST

**FILED**

FEB 1 6 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES COURT

FOR THE DISTRICT OF COLUMBIA                Feb 7, 2012

REPRESENTATIVE FOR GOD
JOAN FRANCES MARY MALONE
SIBLEY PLAZA 1140 N. Capitol Street (Suite #504) N.W.
WASHINGTON, D.C. 20001-2, (202) 288-6810
E-MAIL: J.FM malone@gmail.com

Case: 1:12-cv-00260
Assigned To : Unassigned
Assign. Date : 2/16/2012
Description: Pro Se Gen. Civil

VS

George Washington University Hospital, et al
DR PANO A. LABROPOLOS
DR Paul Silvers Primary Care
DR S. Rajesh, DR Roger, Dr Bhagwani (Team)
DR

Complaint                    No. 10-8403,

Malpractice, Political Corruption, BR
DR Labropolos crippled me Left
DR Rajesh, DR Roger, Dr Put in my
mouth a dish Cender to my teeth to control my mind
DR Paul Silvers — Primary Care
Sign for the malicious Act that damage
my Body's mind, causing many of my Illness
DR Hamid Shokook, DR Ma
Gave my inject of to.

**RECEIVED**

FEB - 7 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

That 2 Hour Aids

I am asking for Trial by Jury    1

Relief Sought from each Doctors
$80, Million Dollars    $80, Million
George Washington University

202 288-6810    Representative For God
Joan Frances M. Malone
Sibley Plz
1140 N. Capitol St.

*(handwritten: Representative for GWU)*

*(handwritten: Joan F. M Malone VS)*

*(handwritten: United States Distric Court Jan 3, 2012 Complaint)*

*(handwritten: George Worshington Host et al et al.)*

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT: JOAN F MALONE                                    05/25/10 02520249
MED REC#:            1466940  53402301     STUDY: CT MAXILLO W/O CONTRAST

VT:          OP
ROOM:
D.O.S:       05/25/10
D.O.B:       09/26/1945              THOMAS TROOST, M.D.
ACCT#:       117673194

------------------------------------------------------------------------

PROCEDURE: CT MAXILLO/FACIAL WITHOUT CONTRAST5/25/2010 at 13:03

COMPARISON: None.

INDICATIONS: HEADACHS/R CLAVICAL ENLA

TECHNIQUE: 2.5 mm contiguous axial and coronal images are acquired through the
paranasal sinuses. No contrast is administered.

FINDINGS:

There is severe metallic streak artifact from dental hardware.

*(handwritten: This is the Micro Chip These Leaders Had Put Under my Teeth on the right Side to keep m Under Control I Believe Counselm Marton Bar Clinton B)*

FRONTAL SINUSES: The frontal sinuses are clear.

ETHMOID SINUSES: The ethmoid sinuses are clear.

SPHENOID SINUS: Small mucous retention cyst in the left lateral sphenoid sinus.

MAXILLARY SINUSES: Large mucus retention cyst in the right maxillary sinus,
inferiorly. There is a small air fluid level the right maxillary sinus with
mucosal thickening. Recommend clinical correlation 4 mild right maxillary
sinusitis. The left maxillary sinus is free of opacification.

MASTOIDS: The visualized portions of the mastoid air cells and the middle ear
cavities are clear.

OSTEOMEATAL COMPLEX: The osteomeatal complexes are patent bilaterally. The nasal
passageway is patent.

------------------------------------------------------------------------
*The information contained in this facsimile is PRIVILEGED and CONFIDENTIAL and intended for the use of
the individual listed above only. If you are not said individual or the employee or agent responsible
to deliver this facsimile to said individual, please do not use this transmission in any way, and
either return the document to the George Washington University Hospital or destroy it. Unauthorized
use or disclosure of this facsimile is prohibited.*
------------------------------------------------------------------------
05/25/10 02520249

05/27/2010 TYPED
          VR 05/25/2010  13:03       S/RAJESH (ROGER) B BHOJWANI, M.D.
RBO/VR                               VARIABLE TEXT
PATIENT: JOAN F MALONE
MED REC#: 1466940

                        PAGE #1

*(handwritten: See Attached)*

*(handwritten: 12 0260)*

FILED

FEB 16 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

*(handwritten: Montefiore GunHill Rd. Hosp. OR Bronx N.Y 10466)*

*(handwritten)* GO W Will /Set one or each as in ....

GWUH-MALONE, JOAN FRANCES MARY-Enc #117673194-OPT-RAD-5/25/2010 eRadiology Report - CT MAXILLO W/O CONTRAST -
5/28/2010 - 1 pg

*(handwritten)* To: United States District Court
for the District of Columbia

**THE GEORGE WASHINGTON UNIVERSITY HOSPITAL**
**DEPARTMENT OF MEDICAL IMAGING**
**DIAGNOSTIC REPORT**

*(handwritten)* Joan F. M. Malone

*(handwritten)* VS

PATIENT:   JOAN F MALONE   *(handwritten)* Hospital

*(handwritten)* George Washington

MED REC#:   1466940   53402301     STUDY: CT MAXILLO W/O CONTRAST

05/25/10 02520249

VT:          OP
ROOM:
D.O.S:       05/25/10
D.O.B:       09/26/1945          THOMAS TROOST, M.D.
ACCT#:       117673194

*(handwritten)* DR Paul Silver
DR Panga A. Labropolos al et
DR Cohen 1 Md

----------------------------------------------------------------

BONES: Bilateral facet hypertrophy at the C2 -- C3 level. Otherwise, the
visualized osseous structures are normal.

OTHER:
There is a disk protrusion causing mild spinal canal narrowing at the C3 -- C4
level.
Calcification visualized in the right tonsil.

IMPRESSION:
1. Small air fluid level in the right maxillary sinus.  Recommend clinical
correlation for mild acute sinusitis.
2. Large mucous retention cyst in the right maxillary sinus, inferiorly. Small
because retention cyst in the lateral aspect of the left sphenoid sinus.

The electronic signature of the attending radiologist below attests to the fact
that the images have been reviewed and the attending radiologist agrees with the
above findings.

Dictated by: Nicole Sondel M.D. on 5/25/2010 at 14:54
Final Report has been Approved by: Rajesh Bhojwani, MD on 5/27/2010 at 12:58

--------------------------------------------------------------------
*The information contained in this facsimile is PRIVILEGED and CONFIDENTIAL and intended for the use of
the individual listed above only. If you are not said individual or the employee or agent responsible
to deliver this facsimile to said individual, please do not use this transmission in any way, and
either return the document to the George Washington University Hospital or destroy it.  Unauthorized
use or disclosure of this facsimile is prohibited.*
--------------------------------------------------------------------

05/25/10 02520249

05/27/2010  TYPED
            VR  05/25/2010  13:03        S/RAJESH (ROGER) B BHOJWANI, M.D.
RBO/VR                                   VARIABLE TEXT
PATIENT:  JOAN F MALONE
MED REC#: 1466940

                          **PAGE # 2**

# UNITED STATES ~~DISTRICT~~ COURT,
## FOR THE DISTRICT OF COLUMBIA .

JOAN FRANCES MARY MALONE
_____
Plaintiff

vs.

Civil Action No. 11 0430

GeorGE WashinGton
University HospitAl et. al.s
_____
Defendant

Jan. 31, 2012
New Complaint
United
States
District
Court for
the District
of Columbia

## NOTICE OF APPEAL

Notice is hereby given this ~~8~~ 4th day of MARCH , 20 11 , that J OAN
F M
Malone

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 22nd day of February , 20 11

in favor of DefendAnt

against said PlAintiff By U.S. District Judge Collen Koll

Judge
G W Ha
et. al. et

Representative for GOD
Joan Frances Mary Malone
_____
Attorney or Pro Se Litigant

Same Rules
Apply to Jan. 8, 2010 filing

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil
action must be filed within 30 days after the date of entry of judgment or 60 days if the United
States or officer or agency is a party)

See: Rule 8 Alternative, Hypothetical, and Inconsistent Pleadings
Rule 8(d)(2) to (d)(3) See also Cleveland V. Policy Management Systems Corp

CLERK  Please mail copies of the above Notice of Appeal to the following at the addresses
indicated:

526 U.S. 795, 805, 119 S. Ct. 1597, 1603, 143 L. Ed. 2d 966 (1999)

Under Rule 4 Diversity of Citizenship Cases, Case
Based upon Diversity of Citizenship Jurisdiction.
A Claimant must Demand an Amount in excess
of $75,000, exclusive of Interest & costs. In Federal
Question Cases. No such monetary limit is required.
See St. 8(a)(3) See also Steven Words LLC V. Network Solution
260 F.3d 1089, 1098 (9th Cir. 2001)
For the Past 15yrs I have been under the Jurisdiction of H
Federal Election Commission as a candidate; 1996-Wd. C. D. C
Council Lmember 1998 DC Council Chairman 2000, 2004 & 2008 U.S. President in
Candidate. 2011 pole write-in to the U.S. House of Representatives (Under FBI) (UM H Feder

GOD Will Be Done on Earth as in Heaven

United States District Ct. for DC New Complaint

Jan 31, 20.

Joan Malone VS

George Washington University

# THE GEORGE WASHINGTON UNIVERSITY
## WASHINGTON, DC
## MEDICAL FACULTY ASSOCIATES
## DEPARTMENT OF ORTHOPEDIC SURGERY

DATE 3/20/2006

Dear Ms/Mr.: Malone Yohanna Joan Mary

Hosp at st.

Dr. Labropo

This will confirm that you are scheduled for surgery with Dr. Panos A. Labropoulos at the George Washington University Hospital (900 23rd Street NW, Washington, DC, 20037).

Elite

Told

Your surgery is scheduled for April 21, 2006 at

him

11 : 30 AM/PM. You should arrive 2 hours prior at 9 : 30 AM/PM in the SURGICAL RECEPTION AREA located on the second floor of the hospital.

to Cripple Me

Please take time to review this letter. If you have any questions, please do not hesitate to ask your physician or nurse to clarify any concerns you may have.

He

STEPS 1 AND 2 SHOULD BE COMPLETED AT LEAST ONE MONTH IN ADVANCE

Never took

STEP #1: Once your surgery has been scheduled, call the PASS (PRE-ADMISSION SCREENING SERVICES) unit to speak with a triage nurse at (202) 715-4557 to provide pre-operative instructions. Please note: This step does not apply to patients who will be under local anesthesia.

the pin=Steel

STEP #2: You must also call PRE-REGISTRATION at the admissions office (THIS CAN BE DONE BY PHONE). Call (202) 715-4907. You will be asked to provide your name, address, insurance, and next of kin information. Registration is necessary.

out of my foot

YOUR POST-OPERATIVE APPOINTMENT WILL BE April 5, 2006 @ 1:00 AM/PM

Until I demands Sept, 2010

PLEASE CALL RHONDA @ (202) 741-3305 IF YOU HAVE ADDITIONAL QUESTIONS OR CONCERNS.

IMPORTANT REMINDERS:

Do not eat or drink ANYTHING after midnight the night before surgery.
Please Note: This does not apply to patients who will be under local anesthesia.

4 yrs later would not

You MUST have a responsible adult to escort you home once you have been discharged from the hospital.

sign the Surgery!

IF YOU HAVE X-RAYS FROM AN OUTSIDE FACILITY PLEASE BRING THEM ON THE DATE OR SURGERY!

Medical Faculty Associates Building

He 2150 Penn Av

Panos A. Lerbkopolos

NW Wash D.C

Dept of Orthopaedic Surgery

7th Fl. 202 741-3301 Fax 741-3307

US DISTRICT & BANKRUPTCY COURTS CLERK

2012 FEB -3 PM C:

GOD WILL BE DONE ON EARTH AS IN HEAVEN

United States District Ct. for District of Columbia

## SURGICAL POSTING AND
## PRECERTIFICATION FORM
### DEPARTMENT OF ORTHOPEDIC SURGERY

Jan 31, 2012

Complaint

Joan Melone vs

George Washington University Hosp. et al & their

DR Ler

Attending Physician _____

Patient Name: Yehoma Maloye     DOB: _____

Home Phone: _____     Work Phone: _____

Social Security Number: _____     MRN: _____

Surgical Procedure: ___ Right posterior tibial tendon reconstruction and calcaneal osteotomy

Diagnosis: ___ right posterior tibial tendon dysfunction

ICD9 Codes: __72672__     CPT Codes: __28300__  __27691__     Pref. List # _____

Surgical Date: _____     Time: _____  AM/PM

Surgical Poster: _____     Posting Date: _____

Special Equipment: ___ Mini-C-Arm, I.3 cannulated screws staple or cross

Autologous Blood Donation: _____

Procedure Length: _3 hrs_  Anesthesia: _Choice_

TYPE OF ADMIT:

Day Before     (SDA) (SSU (23hrs))     IN/OUT

4 yr late
DR L

### SECRETARIAL USE ONLY

Primary Insurance: _____     Policy #: _____

Secondary Ins: _____     Policy #: _____

Tertiary Ins: _____     Policy #: _____

Contact Person: _____     Phone #: _____

Reference #: _____

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:    JOAN F MALONE

MED REC#:              1466940   53403804    STUDY: CT L-SPINE W/O CONTRAST

05/25/11 02763872

VT:         ER
ROOM:
D.O.S:      05/25/11
D.O.B:      09/26/1945          COLLEEN ROCHE
ACCT#:      119471654

002167164
------------------------------------------------------------------------------
L2-L3: There is diffuse disc bulge. There is facet joints and ligamentum flavum
hypertrophy. There is moderate spinal canal and bilateral neural foraminal
narrowing.

L3-L4 and L4-L5: There is a degenerative moderate to marked diffuse disc bulge
with severe reduction in the disc height. There is associated with vacuum
phenomena. There is endplate irregularities and sclerosis (more severe at L4-L5)
compatible with severe degenerative changes. There is moderate facet joint and
ligamentum flavum hypertrophy contributing to moderate-to-marked spinal canal and
neural foraminal stenosis (more severe at L4-L5)

L5-S1: There is mild disc osteophyte complex. There is facet joint and ligamentum
flavum hypertrophy. There is mild to moderate spinal canal and neural foraminal
narrowing

There is aortoiliac atherosclerosis.


IMPRESSION:
1. No CT evidence of acute displaced fracture involving the lumbar spine.
2. There are degenerative changes of the lower lumbar spine with facet
osteoarthritis. Additionally, there is disc space narrowing with vacuum phenomenon
at the L4-L5 levels where there is endplate sclerosis.
3. There is moderate-to-marked spinal canal and neural foraminal stenosis at L4-L5
more than L3-L4 secondary to moderate to marked diffuse disc bulge and moderate
facet joint and ligamentum flavum hypertrophy
4. Mild anterolisthesis of L4 over L3.

The electronic signature of the attending radiologist below attests to the fact
that the images have been  reviewed and the attending radiologist agrees with the

------------------------------------------------------------------------------
The information contained in this facsimile is PRIVILEGED and CONFIDENTIAL and intended for the use of
the individual listed above only. If you are not said individual or the employee or agent responsible
to deliver this facsimile to said individual, please do not use this transmission in any way, and
either return the document to the George Washington University Hospital or destroy it.  Unauthorized
use or disclosure of this facsimile is prohibited.
------------------------------------------------------------------------------
05/25/11 02763872

05/25/2011  TYPED
        VR  05/25/2011  02:28        S/LUCIEN M LEVY, M.D.
LML/VR                               VARIABLE TEXT
PATIENT:  JOAN F MALONE
MED REC#: 1466940
                        PAGE # 2 of 2

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

**PATIENT:** JOAN F MALONE

05/24/11 02763844

**MED REC#:**     1466940   53218251    STUDY: XR HIP JOINT 2V LT

**VT:**     ER
**ROOM:**
**D.O.S:**     05/24/11
**D.O.B:**     09/26/1945                HAMID SHOKOOHI
**ACCT#:**     119471654

002166967
--------------------------------------------------------------------------
PROCEDURE:  XR LEFT HIP JOINT 2 VIEW 5/25/2011 at 0:00

COMPARISON:  George Washington University Hospital, CR, XR HIP JOINT 2V LT,
4/10/2008, 0:13.

INDICATIONS:  PAIN IN LIMB/TRAUMA

VIEWS:  AP, frog-leg views.

BONES:  There is no evidence of fracture, dislocation, or bony lesion.

JOINTS:  The joint spaces are maintained.

SOFT TISSUES:  The soft tissues are normal.

IMPRESSION:  Normal exam.


The electronic signature of the attending radiologist below attests to the fact
that the images have been reviewed and the attending radiologist agrees with the
above findings.

Dictated by: Saad Manzoul, M.D. on 5/25/2011 at 11:31
Final Report has been Approved by: Kathy A. Brindle, M.D. on 5/25/2011 at 12:00

--------------------------------------------------------------------------
*The information contained in this facsimile is PRIVILEGED and CONFIDENTIAL and intended for the use of
the individual listed above only. If you are not said individual or the employee or agent responsible
to deliver this facsimile to said individual, please do not use this transmission in any way, and
either return the document to the George Washington University Hospital or destroy it. Unauthorized
use or disclosure of this facsimile is prohibited.*
--------------------------------------------------------------------------
05/24/11 02763844
--------------------------------------------------------------------------
05/25/2011  TYPED
            VR  05/25/2011  00:00       S/KATHLEEN A BRINDLE, M.D.
KAB/VR                                  VARIABLE TEXT
PATIENT:  JOAN F MALONE
MED REC#: 1466940
                        **PAGE # 1 of 1**

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:    JOAN F MALONE

05/25/11 02763872

MED REC#:              1466940   53403804    STUDY: CT L-SPINE W/O CONTRAST

VT:         ER
ROOM:
D.O.S:      05/25/11
D.O.B:      09/26/1945            COLLEEN ROCHE
ACCT#:      119471654

002167164
--------------------------------------------------------------------------
PROCEDURE: CT LUMBAR SPINE WITHOUT CONTRAST5/25/2011 at 2:28

COMPARISON: George Washington University Hospital, CR, XR L-SPINE 2V-3V,
5/25/2011, 0:00.  George Washington University Hospital, CT, CT ABD/PELVIS W/C,
3/28/2011, 16:14.

INDICATIONS: 57 year old F with hypothyroidism and recent GI bleed last month
presenting with lower back pain with + left CVAT and left hip to leg pain for 2
weeks. + chill no fevers. no dysuria. recent fall.

TECHNIQUE:

Lumbar Spine:  0.6 mm contiguous axial images are acquired with a small focused
field of view centered over the spine through the lumbar region. Sagittal and
coronal reconstruction images are generated from the axial data. No contrast is
administered.

FINDINGS:

No CT evidence of acute displaced fracture involving the lumbar spine.  Incidental
note is made of rudimentary ribs off the L1 vertebral body.

There is very mild anterolisthesis of L4 on L3.

There are degenerative changes of the lower lumbar spine with facet
osteoarthritis.

--------------------------------------------------------------------------
*The information contained in this facsimile is PRIVILEGED and CONFIDENTIAL and intended for the use of
the individual listed above only. If you are not said individual or the employee or agent responsible
to deliver this facsimile to said individual, please do not use this transmission in any way, and
either return the document to the George Washington University Hospital or destroy it.  Unauthorized
use or disclosure of this facsimile is prohibited.*
--------------------------------------------------------------------------
05/25/11 02763872

05/25/2011  TYPED
            VR  05/25/2011  02:28      S/LUCIEN M LEVY, M.D.
LML/VR                                 VARIABLE TEXT
PATIENT:   JOAN F MALONE
MED REC#: 1466940
PAGE # 1 of 2

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

**PATIENT:**   JOAN F MALONE

05/25/10 02520245

**MED REC#:**          1466940   53222600    STUDY: XR CLAVICLE BIL

**VT:**        OP
**ROOM:**
**D.O.S:**     05/25/10
**D.O.B:**     09/26/1945           THOMAS TROOST, M.D.
**ACCT#:**     117673194

---------------------------------------------------------------------

PROCEDURE:  XR BILATERAL CLAVICLES 5/25/2010 at 13:22

COMPARISON:  George Washington University Hospital, CT, CT MAXILLO W/O CONTRAST,
5/25/2010, 13:03.  George Washington University Hospital, CR, XR CLAVICLE RT,
3/02/2010, 11:44.

INDICATIONS:  RT CLAVICLE ENLARGEMENT

VIEWS:  AP, angled views of the bilateral clavicles

BONES:  There is no evidence of fracture, dislocation, or bony lesion.

JOINTS:  There is mild osteoarthritis with joint space narrowing and osteophytes
noted at the acromioclavicular joints bilaterally. There may be osteoarthritis of
the right sternoclavicular joint but this area is difficult to evaluate due to
overlying bone and soft tissue structures.

SOFT TISSUES:  The soft tissues are normal.

IMPRESSION:

Mild bilateral acromioclavicular joint osteoarthritis. Possible right
sternoclavicular joint osteoarthritis.

No right clavicular lesion.

The electronic signature of the attending radiologist below attests to the fact
that the images have been reviewed and the attending radiologist agrees with the
above findings.

---------------------------------------------------------------------------
*The information contained in this facsimile is PRIVILEGED and CONFIDENTIAL and intended for the use of
the individual listed above only. If you are not said individual or the employee or agent responsible
to deliver this facsimile to said individual, please do not use this transmission in any way, and
either return the document to the George Washington University Hospital or destroy it.  Unauthorized
use or disclosure of this facsimile is prohibited.*
---------------------------------------------------------------------------
05/25/10 02520245

05/26/2010  TYPED
          VR  05/25/2010  13:22     S/KATHLEEN A BRINDLE, M.D.
KAB/VR                              VARIABLE TEXT
PATIENT:  JOAN F MALONE
MED REC#: 1466940

PAGE # 1

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

**PATIENT:**   JOAN F MALONE

07/27/11 02805904

**MED REC#:**       1466940   53204608    STUDY: XR L-SPINE 4V MIN

**VT:**        ACO
**ROOM:**
**D.O.S:**     07/27/11
**D.O.B:**     09/26/1945          PAUL SILVER, M.D.
**ACCT#:**     119796159

--------------------------------------------------------------------------
PROCEDURE:  XR LUMBAR SPINE 4 VIEWS MINIMUM
DATE OF SERVICE:                    7/27/2011 at 11:08

COMPARISON:  George Washington University Hospital, CR, XR L-SPINE 2V-3V, 5/25/2011, 0:00.

INDICATIONS:  DJD

FINDINGS/IMPRESSION:

When compared to the prior examination, the amount of degenerative change and disc space narrowing has increased in extent .  There has been no other significant interval change. Severe degenerative changes with listhesis is again visualized.

The electronic signature of the attending radiologist below attests to the fact that the images have been reviewed and the attending radiologist agrees with the above findings.

Dictated by: Martin S. Kneller, M.D. on 7/27/2011 at 16:23
Final Report has been Approved by: Martin S. Kneller, M.D. on 7/27/2011 at 16:23

--------------------------------------------------------------------------------
*The information contained in this facsimile is PRIVILEGED and CONFIDENTIAL and intended for the use of the individual listed above only. If you are not said individual or the employee or agent responsible to deliver this facsimile to said individual, please do not use this transmission in any way, and either return the document to the George Washington University Hospital or destroy it.  Unauthorized use or disclosure of this facsimile is prohibited.*
--------------------------------------------------------------------------------
07/27/11 02805904

07/27/2011  TYPED
          VR  07/27/2011  11:08     S/MARTIN S KNELLER, M.D.
MXK/VR                              VARIABLE TEXT
PATIENT:  JOAN F MALONE
MED REC#: 1466940

PAGE # 1 of 1

THE GEORGE WASHINGTON UNIVERSITY HOSPITAL
DEPARTMENT OF MEDICAL IMAGING
DIAGNOSTIC REPORT

PATIENT:  YEHANNA J MALONE

                                          08/26/09 02341646

MED REC#:             1466940  54601604    STUDY: MRI L-SPINE W/O CONTRAST

VT:       OP
ROOM:
D.O.S:    08/26/09
D.O.B:    09/26/1945         SAMUEL POTOLICCHIO, M.D.
ACCT#:    116472085

---

foramina narrowing. There is moderate to marked spinal canal stenosis at this
level.

3. L5-S1 small central disc protrusion causing mild canal narrowing. There is no
evidence of significant neural foraminal stenosis at this level.

The electronic signature of the attending radiologist below attests to the fact
that the images have been reviewed and the attending radiologist agrees with the
above findings.

Dictated by: Veeru Sheorain on 8/27/2009 at 14:29
Final Report has been Approved by: Lucien M. Levy, M.D. on 8/27/2009 at 14:43

---

*The information contained in this facsimile is PRIVILEGED and CONFIDENTIAL and intended for the use of
the individual listed above only. If you are not said individual or the employee or agent responsible
to deliver this facsimile to said individual, please do not use this transmission in any way, and
either return the document to the George Washington University Hospital or destroy it.  Unauthorized
use or disclosure of this facsimile is prohibited.*

---
08/26/09 02341646

08/27/2009  TYPED
      VR  08/26/2009  16:23    S/LUCIEN M LEVY, M.D.
LML/VR                     VARIABLE TEXT
PATIENT: YEHANNA J MALONE
MED REC#: 1466940

## United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 11-7012**                                    **September Term 2010**

**1:11-cv-00430-UNA**

**Filed On:** July 18, 2011

Joan Frances M. Malone,

        Appellant

    v.

George Washington University Hospital, et al.,

        Appellees

**BEFORE:**    Sentelle, Chief Judge, and Garland and Brown, Circuit Judges

### O R D E R

The court concludes, on its own motion, that oral argument will not assist the court in this case. Accordingly, the court will dispose of the appeal without oral argument on the basis of the record and the presentation in appellant's brief. <u>See</u> Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

**<u>Per Curiam</u>**

GOD Will Be Done on Earth as in Heaven
United States District Ct. for DC New Complaint
Jan 31, 20:
Joan Malone VS
George
Washington
University
Hosp
al at all
Dr Labropt

Petition
Told
him
to
Cripple
Me
He
Never
Took
the
Pin=Steel
out of my foot
Until I
demanded
Sept, 2010
10 yrs later
would not
sign the
Surgery Rm
Mdd
DD

# THE GEORGE WASHINGTON UNIVERSITY
## WASHINGTON, DC
### MEDICAL FACULTY ASSOCIATES
### DEPARTMENT OF ORTHOPEDIC SURGERY

DATE 3/20/2006

Dear Ms/Mr.: Malone YaHawa Joan Mary

This will confirm that you are scheduled for surgery with Dr. Panos A. Labropoulos at the George Washington University Hospital (900 23rd Street NW, Washington, DC, 20037).

Your surgery is scheduled for ___April 21, 2006___

11 : 30 AM/PM. You should arrive 2 hours prior at 9 : 30 AM/PM in the SURGICAL RECEPTION AREA located on the second floor of the hospital.

Please take time to review this letter. If you have any questions, please do not hesitate to ask your physician or nurse to clarify any concerns you may have.

**STEPS 1 AND 2 SHOULD BE COMPLETED AT LEAST ONE MONTH IN ADVANCE**

STEP #1: Once your surgery has been scheduled, call the PASS (PRE-ADMISSION SCREENING SERVICES) unit to speak with a triage nurse at (202) 715-4557 to provide pre-operative instructions. Please note: This step does not apply to patients who will be under local anesthesia.

STEP #2: You must also call PRE-REGISTRATION at the admissions office (THIS CAN BE DONE BY PHONE). Call (202) 715-4907. You will be asked to provide your name, address, insurance, and next of kin information. Registration is necessary.

YOUR POST-OPERATIVE APPOINTMENT WILL BE ___April 5, 2006___ @ 1:00 AM/PM

PLEASE CALL RHONDA @ (202) 741-3305 IF YOU HAVE ADDITIONAL QUESTIONS OR CONCERNS.

IMPORTANT REMINDERS:

Do not eat or drink **ANYTHING** after midnight the night before surgery.
Please Note: This does not apply to patients who will be under local anesthesia.

You **MUST** have a responsible adult to escort you home once you have been discharged from the hospital.

**IF YOU HAVE X-RAYS FROM AN OUTSIDE FACILITY, PLEASE BRING THEM ON THE DATE OF SURGERY!**

Medical Faculty Associates
Building
Panos A. Lerbropolos
Dept of Orthopaedic Surgery 2150 Penn Ave NW
7th FL. 202 741-3801 fax 202 741-8380 Washington DC

FILED
2011 FEB -3
CLERK
US DISTRICT & BANKRUPTCY
COURTS

*[handwriting across top of page, partially legible]* GOD Will Be Done on Earth in H EHVEN

Jean F. M. Malone
VS
George Washington University Hosp

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 11-7012**                                      **September Term 2010**

**1:11-cv-00430-UNA**

**Filed On:** July 18, 2011

Joan Frances M. Malone,

      Appellant

    v.

George Washington University Hospital, et al.,

      Appellees

**BEFORE:**    Sentelle, Chief Judge, and Garland and Brown, Circuit Judges

## O R D E R

The court concludes, on its own motion, that oral argument will not assist the court in this case. Accordingly, the court will dispose of the appeal without oral argument on the basis of the record and the presentation in appellant's brief. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

**Per Curiam**

CLERK
US DISTRICT & BANKRUPTCY
COURTS

2012 FEB -3 PM 12: 11

RECEIVED

**Arthritis And Rheumatism Associates PC**
2730 University Blvd West
Suite 310
Wheaton, MD 20902-1990

(301) 942-3126
EXT 202
LEMORE

STATEMENT

MR Spoke?
Brown

ADDRESSEE:

Malone, Joan
1140 N Capitol St NW Apt 504
Washington, DC 20001
USA

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

| IF PAYING BY CREDIT CARD, FILL OUT BELOW | | |
|---|---|---|
| CHECK CARD USING FOR PAYMENT | | |
| | ☐ MASTERCARD | ☐ VISA |
| CARD NUMBER | | AMOUNT |
| SIGNATURE | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 10/12/11 | CONTINUED | 98537 |

SHOW AMOUNT
PAID HERE $

Pay $150.00 2/3/12

REMIT TO:

Arthritis And Rheumatism Associates PC
2730 University Blvd West
Suite 310
Wheaton, MD 20902-1990

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
Federal Tax ID Number 52 1072944
(301) 942-7600

| DATE | DESCRIPTION OF SERVICE | AMOUNT | INSUR BALANCE | PATIENT BALANCE | BALANCE |
|---|---|---|---|---|---|
| 08/17/11 | ENCOUNTER 825724 FOR JOAN WITH PENG MD, JUSTIN | | | | |
| 08/17/11 | 99214 - Offic Cons newestbn visit lvl 30 | -$458.00 | | | $35.55 |
| 09/09/11 | Payment Medicare (PR2 (Co Ins Amoun)) | -$142.19 | | | |
| 09/09/11 | Adjustment Medicare (PR (Co Ins Amount)) | -$280.28 | | | |
| 08/17/11 | 36415 - Routine Venipunct/finger/heel | $25.00 | | | |
| 08/23/11 | Adjustment Medicare | -$22.00 | | | |
| 09/09/11 | Payment Medicare | -$3.00 | | | |
| 09/09/11 | Adjustment Medicare | $0.00 | | | |
| 08/17/11 | 919 - L, ANTI CCP | $123.00 | | | |
| 08/23/11 | Adjustment Medicare | -$104.78 | | | |
| 09/09/11 | Payment Medicare | -$18.22 | | | |
| 09/09/11 | Adjustment Medicare | $0.00 | | | |
| 08/17/11 | 2202 - L, Comp Metabolic Panel | $102.00 | | | |
| 08/23/11 | Adjustment Medicare | -$90.68 | | | |
| 09/09/11 | Adjustment Medicare | -$3.08 | | | |
| 09/09/11 | Payment Medicare | -$8.24 | | | |
| 08/17/11 | 331 - L, CPK | $50.00 | | | |
| 08/23/11 | Adjustment Medicare | -$43.53 | | | |
| 09/09/11 | Adjustment Medicare | -$0.43 | | | |
| 09/09/11 | Payment Medicare | -$6.04 | | | |
| 08/17/11 | 604 - L, C-reactive Protein | $58.00 | | | |
| 08/23/11 | Adjustment Medicare | -$50.72 | | | |
| 09/09/11 | Payment Medicare | -$7.28 | | | |
| 09/09/11 | Adjustment Medicare | $0.00 | | | |
| 08/17/11 | 86803A - LC, Hepatitis C Antibody; | $0.00 | | | |
| 08/17/11 | 2553 - L, Protein Electrophoresis | $91.00 | | | |
| 08/23/11 | Adjustment Medicare | -$75.88 | | | |
| 09/09/11 | Payment Medicare | -$15.12 | | | |
| 09/09/11 | Adjustment Medicare | $0.00 | | | |
| 08/17/11 | 290 - L, Rheumatoid Factor, Quan | $51.00 | | | |

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 98537 | $50.00 | $139.31 | $0.00 | $0.00 | $0.00 | $189.31 |

MESSAGE:
Statements Are Only Sent To Our Patients After Every Attempt Has Been Made To Collect From The Patient's Insurance Company. The Balance Due Reflects Amounts Not Paid By Insurance. Aging Is Based On Date Of Service. Questions 301 942 3126.

PLEASE PAY
THIS AMOUNT »»»» CONTINUED

** PAYMENT DUE UPON RECEIPT * THANK YOU **
STATEMENT

MAKE CHECKS PAYABLE TO:

**Arthritis And Rheumatism Associates PC**
2730 University Blvd West
Suite 310
Wheaton, MD 20902-1990

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
|---|
| CHECK CARD USING FOR PAYMENT |
| ☐ MASTERCARD   ☐ VISA |

| CARD NUMBER | AMOUNT |
|---|---|
| SIGNATURE | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 10/12/11 | CONTINUED | 98537 |

| SHOW AMOUNT PAID HERE $ |
|---|

STATEMENT

ADDRESSEE:

**Malone, Joan**
1140 N Capitol St NW Apt 504
Washington, DC 20001
USA

REMIT TO:

**Arthritis And Rheumatism Associates PC**
2730 University Blvd West
Suite 310
Wheaton, MD 20902-1990

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
**Federal Tax ID Number 52 1072944**
**(301) 942-7600**

| DATE | DESCRIPTION OF SERVICE | AMOUNT | INSUR BALANCE | PATIENT BALANCE | BALANCE |
|---|---|---|---|---|---|
| 08/23/11 | Adjustment Medicare | -$43.02 | | | |
| 09/09/11 | Payment Medicare | -$7.98 | | | |
| 08/17/11 | 491 - L, Sed Rate | $32.00 | | | |
| 08/23/11 | Adjustment Medicare | -$27.00 | | | |
| 09/09/11 | Payment Medicare | -$5.00 | | | |
| 08/17/11 | 2229 - L, Thyroxine Free | -$29.00 | | | |
| 08/23/11 | Adjustment Medicare | -$26.31 | | | |
| 09/09/11 | Payment Medicare | -$10.69 | | | |
| 08/17/11 | 408 - L, TSH | $80.00 | | | |
| 08/23/11 | Adjustment Medicare | -$56.36 | | | |
| 09/09/11 | Payment Medicare | -$23.64 | | | |
| 08/17/11 | 2228 - L, T3 Uptake | -$53.00 | | | |
| 08/23/11 | Adjustment Medicare | -$47.06 | | | |
| 09/09/11 | Payment Medicare | -$10.94 | | | |
| 08/17/11 | 437 - L, Uric Acid; Serum | $32.00 | | | |
| 08/23/11 | Adjustment Medicare | -$28.52 | | | |
| 09/09/11 | Adjustment Medicare | -$0.96 | | | |
| 09/09/11 | Payment Medicare | -$2.58 | | | |
| 08/17/11 | 925 - L, Vitamin D 25  Hydroxy | $181.00 | | | |
| 08/23/11 | Adjustment Medicare | -$138.33 | | | |
| 09/09/11 | Payment Medicare | -$41.66 | | | |
| 08/17/11 | 3028A - LC, Hep B Surface Antigen HBSAG | $0.00 | | | |
| 08/17/11 | 72170 - Xray Pelvis 1 View | $139.00 | | $6.47 | |
| 08/23/11 | Adjustment Medicare | -$106.85 | | | |
| 09/09/11 | Payment Medicare (PR2  (Co Ins Amoun)) | -$25.88 | | | |
| 08/17/11 | 72110 - Xray  Spine Minl 4 Views | $219.00 | | $13.26 | |
| 08/23/11 | Adjustment Medicare | -$146.69 | | | |
| 09/09/11 | Payment Medicare (PR2  (Co Ins Amoun)) | -$53.05 | | | |
| 08/17/11 | 73562 - Xray Knee; Three Views | $158.00 | | $8.78 | |
| 08/23/11 | Adjustment Medicare | -$114.12 | | | |

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 98537 | $50.00 | $139.31 | $0.00 | $0.00 | $0.00 | $189.31 |

MESSAGE:
Statements Are Only Sent To Our Patients After Every Attempt Has Been Made To Collect From The Patient's Insurance Company.  The Balance Due Reflects Amounts Not Paid By Insurance.  Aging Is Based On Date Of Service.  Questions 301 942 3126.

| PLEASE PAY THIS AMOUNT »»»» CONTINUED |
|---|

** PAYMENT DUE UPON RECEIPT * THANK YOU **
**STATEMENT**

MAKE CHECKS PAYABLE TO:

**Arthritis And Rheumatism Associates PC**
2730 University Blvd West
Suite 310
Wheaton, MD 20902-1990

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
| --- |
| CHECK CARD USING FOR PAYMENT |

☐ MASTERCARD   VISA ☐ VISA

| CARD NUMBER | AMOUNT |
| --- | --- |
| SIGNATURE | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
| --- | --- | --- |
| 10/12/11 | CONTINUED | 98537 |

SHOW AMOUNT PAID HERE  $

STATEMENT

ADDRESSEE:

Malone, Joan
1140 N Capitol St NW Apt 504
Washington, DC 20001
USA

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

REMIT TO:

**Arthritis And Rheumatism Associates PC**
2730 University Blvd West
Suite 310
Wheaton, MD 20902-1990

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
Federal Tax ID Number 52 1072944
(301) 942-7600

| DATE | DESCRIPTION OF SERVICE | AMOUNT | INSUR BALANCE | PATIENT BALANCE | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 09/09/11 | Payment Medicare (PR2 (Co Ins Amoun)) | -$35.10 | | | |
| 08/17/11 | 73562 - X-ray Knee Three Views | $58.00 | | $8.70 | |
| 08/23/11 | Adjustment Medicare | -$114.12 | | | |
| 09/09/11 | Payment Medicare (PR2 (Co Ins Amoun)) | -$35.10 | | | |
| 08/17/11 | 1006F - OA Pain And Function Assessment | $0.00 | | | |
| 09/09/11 | Payment Medicare | $0.00 | | | |
| 08/17/11 | G8447 - EMR Used This Encounter | $0.00 | | | |
| 09/09/11 | Payment Medicare | $0.00 | | | |
| | ENCOUNTER TOTAL | $72.84 | $0.00 | $72.84 | $72.84 |
| 09/01/11 | ENCOUNTER 831578 FOR JOAN WITH PENG MD, JUSTIN | | | | |
| 09/01/11 | 99213 - Office/Op Est Patient Low/Med | $148.00 | | $45.82 | |
| 09/12/11 | Adjustment Medicare | -$67.92 | | | |
| 09/01/11 | Payment Medicare (PR2 (Co Ins Amoun)) | -$62.88 | | | |
| 09/01/11 | J1030 - Medication, Depo-Medrol 40 Mg (QTY 2) | $22.00 | | $0.97 | |
| 09/01/11 | Adjustment Medicare | | | | |
| 09/30/11 | Adjustment Medicare (PR2 (Co Ins Amoun)) | $0.01 | | | |
| 09/30/11 | Payment Medicare (PR2 (Co Ins Amoun)) | | | | |
| 09/01/11 | 20610 - Arthrocentesis/aspir/inj; Majo (QTY 2) | $458.00 | | $26.52 | |
| 09/12/11 | Adjustment Medicare | -$28.80 | | | |
| 09/30/11 | Payment Medicare PR2 (Co Ins Amoun) | -$106.08 | | | |
| 09/30/11 | Adjustment Medicare (PR2 (Co Ins Amoun)) | -$44.20 | | | |
| 09/01/11 | 1006F - OA Pain And Function Assessment | $0.00 | | | |
| 09/30/11 | Payment Medicare | $0.00 | | | |
| 09/01/11 | G8447 - EMR Used This Encounter | $0.00 | | | |
| 09/30/11 | Payment Medicare | $0.00 | | | |
| | ENCOUNTER TOTAL | $43.11 | $0.00 | $43.11 | $43.11 |
| 09/08/11 | ENCOUNTER 833833 FOR JOAN WITH WOLFE MD, DAVID | | | | |
| 09/08/11 | 77080 - Dexa/more Sites; Axial Skele | $407.00 | | $23.36 | |

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 98537 | $50.00 | $139.31 | $0.00 | $0.00 | $0.00 | $189.31 |

MESSAGE:
Statements Are Only Sent To Our Patients After Every Attempt Has Been Made To Collect From The Patient's Insurance Company. The Balance Due Reflects Amounts Not Paid By Insurance. Aging Is Based On Date Of Service. Questions 301 942 3126.

PLEASE PAY
THIS AMOUNT »»»» CONTINUED

** PAYMENT DUE UPON RECEIPT * THANK YOU **
STATEMENT

**Arthritis And Rheumatism Associates PC**
2730 University Blvd West
Suite 310
Wheaton, MD 20902-1990

| IF PAYING BY CREDIT CARD, FILL OUT BELOW | |
|---|---|
| CHECK CARD USING FOR PAYMENT | |
| ☐ MasterCard   ☐ VISA | |
| CARD NUMBER | AMOUNT |
| SIGNATURE | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 10/12/11 | $189.31 | 98537 |

**SHOW AMOUNT PAID HERE  $**

STATEMENT

ADDRESSEE:

||..||..||..||..||....||..||
**Malone, Joan**
1140 N Capitol St NW Apt 504
Washington, DC 20001
USA

REMIT TO:

**Arthritis And Rheumatism Associates PC**
2730 University Blvd West
Suite 310
Wheaton, MD 20902-1990

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**
**Federal Tax ID Number 52 1072944**
**(301) 942-7600**

| DATE | DESCRIPTION OF SERVICE | AMOUNT | INSUR BALANCE | PATIENT BALANCE | BALANCE |
|---|---|---|---|---|---|
| 09/09/11 | Adjustment Medicare | -$290.21 | | | |
| 09/28/11 | Payment Medicare (PR Co-Ins Amount) | $23.36 | | | |
| | ENCOUNTER TOTAL | $23.36 | $0.00 | $23.36 | $23.36 |
| 10/06/11 | **ENCOUNTER 846455 FOR JOAN WITH REED  MPT, MATTHEW P** | | | | |
| 10/06/11 | Missed Appointment Charge | $50.00 | | $50.00 | |
| | ENCOUNTER TOTAL | $50.00 | $0.00 | $50.00 | $50.00 |

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 98537 | $50.00 | $139.31 | $0.00 | $0.00 | $0.00 | $189.31 |

**MESSAGE:**
Statements Are Only Sent To Our Patients After Every Attempt Has Been Made To
Collect From The Patient's Insurance Company.  The Balance Due Reflects
Amounts Not Paid By Insurance.  Aging Is Based On Date Of Service.  Questions
301 942 3126.



| PLEASE PAY THIS AMOUNT »»»» | $189.31 |
|---|---|

** PAYMENT DUE UPON RECEIPT * THANK YOU **
STATEMENT

STATEMENT

**MICHAEL M. PHILLIPS, M.D., P.C.**
2021 K STREET, N.W., SUITE 412
WASHINGTON, DC 20006

Telephone (202) 785-0666

Ms. Joan Malone
1140 N. Capitol St., N.W. #504
Washington, D.c. 20001

RE: Dr. Silver

| DATE | PROFESSIONAL SERVICE | CHARGE | | PAID | | BALANCE | |
|------|---------------------|--------|--|------|--|---------|--|
| 9/7/11 | Consultation | 150 | 00 | | | 150 | 00 |
| 10/11/11 | Med. Paid for 9/7 | | | 120 | 00 | 30 | 00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Form 1603  #11134     (C)202-288-6810     PAY LAST AMOUNT IN THIS COLUMN ◁
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 A
9/26/45

| Date | Description | Charge | Payment | Courtesy/ Disallow | Patient Balance |
|------|-------------|--------|---------|--------------------|-----------------|
| 06-24-2009 | CONSULT COMP / HIGH | 440.00 | | | |
| 07-15-2009 | MEDICARE | | 200.98 | 188.78 | |
| | | | | | 50.24 |
| 08-12-2009 | DETAILED ESTABLISHED VISI | 200.00 | | | |
| 09-10-2009 | MEDICARE | | 82.70 | 96.63 | |
| | | | | | 20.67 |

Account # 9664                                    ==========

**Please PAY this amount :**                        **$70.91**

Over 120 Days        70.91

QUESTIONS ON YOU BILL PLEASE CALL (301)-530-7303 OPTION 3

PAIN MANAGEMENT INST. OF DC
2112 F STREET, N.W.
SUITE 802A
WASHINGTON, DC 20037
(202) 775-7246

JOAN MALONE
PO BOX 15082
WASHINGTON, DC 20003

PLEASE RETURN TOP PORTION WITH REMITTANCE

INDICATE AMOUNT ENCLOSED $_____

Statement Date :  01-31-2011

Account Number : 9664
Phone Number  : 202-288-6810
**Amount Due**     :     **$70.91**

Credit Card payment information on back

**HBCS**

**118 LUKENS DRIVE**
**NEW CASTLE, DE 19720**
Temp--Return Service Requested



JUN 03 2005

| | | |
|---|---|---|
| Creditor Original: | WASHINGTON HOSPITAL CENTER | Dia de Servicio: 12/27/03 |
| Nombre del Paciente: | YEHANNA JOAN M MALONE | |
| Número de la Cuenta: | 16821621 | |
| Responsabilidad del Paciente: | $1,804.50 | |



7224 0 AT 0.292
YEHANNAJOAN M
PO BOX 15082
WASHINGTON, DC 20003-0082

TR00026

Estimado Paciente/Codeudor:

Su cuenta ha sido asignada al Departamento de Colección. Para evitar medidas adicionales en contra de su cuenta, por favor envíe la cantidad indicada o póngase en contacto con nuestra oficina al 1-800-323-1023.

Para recibir el nombre y dirección del creditor original, responda por escrito dentro de treinta (30) días. Para disputar la validez de esta deuda o partes de la misma, tendrá que comunicarlo por escrito dentro de treinta (30) días, o nuestra agencia asumirá que la cuenta es válida. En tal caso le enviaremos verificación e información pertinente a su cuenta.

Esta comunicación es de parte de un colector de deuda.

Sinceramente,

División de Colección
1-800-323-1023
Horario: De lunes-jueves de 8:00am-9:00pm, viernes de 8:00am-5:00pm EST.

**Hospital Billing & Collection Service, Ltd. es una agencia de colección que intenta colectar una deuda y cualquier información obtenida será usada para este propósito.**
Si el pago ha sido enviado, ignore esta notificación.
**POR FAVOR ENVIE ESTA PORCION CON SU PAGO**

Print

## Statement

| PATIENT NAME | IF PAYING BY CREDIT, FILL OUT BELOW. |
|---|---|
| Joan  F  Malone | **CHECK CARD USED** |

| | | | IF PAYING BY CREDIT, FILL OUT BELOW. CHECK CARD USED |
|---|---|---|---|

**PATIENT NAME**
Joan  F  Malone

**IF PAYING BY CREDIT, FILL OUT BELOW.**
**CHECK CARD USED**

[ ] MASTER CARD      [ ] VISA      [ ] DISCOVER

| BILL DATE | ACCT | AMOUNT PAID |
|---|---|---|
| 10/03/2011 | 29541 | |

**CARD NUMBER**                    **AMOUNT PAID**

**SIGNATURE:**                    **EXP.DATE:**

**AMOUNT ENCLOSED:**

Joan  F  Malone
1140 N Capitol St NW
Apt 504
Washington  DC  20002

**THIS IS A STATEMENT OF SERVICES RENDERED BY PHYSICIAN(S) WHO ARE MEMBERS OF:**

ENT Medical Group of Wash PC
2021 K Street NW  Suite 210
Washington  DC  20006-1003
202-223-3564

| DATE OF SERVICE | DESCRIPTION OF SERVICE | | AMOUNT |
|---|---|---|---|
| 08/30/2011 | Claim:146715, Provider: Maiberger, Medical, DC | | |
| 08/30/2011 | 99203 OFFICE/OUTPATIENT VISIT, NEW | 187.00 | |
| 08/30/2011 | 31575 LARYNGOSCOPY, FLEXIBLE FIBEROPTIC | 455.00 | |
| 09/23/2011 | HIGHMARK MEDICARE Payment | 199.93 | |
| 09/23/2011 | HIGHMARK MEDICARE Adjustment | 392.08 | |
| | Your Balance Due On These Services ... | | 49.99 |

| DATE | PATIENT NAME | ACCT. NO. | PAY THIS AMOUNT | |
|---|---|---|---|---|
| 10/03/2011 | Joan  Malone | 29541 | | 49.99 |

This is a statement for professional services rendered by your physician. You may receive a separate bill from the hospital for its services.

**MAKE CHECK PAYABLE TO:**    ENT Medical Group of Washington, PC

**IMPORTANT MESSAGE REGARDING YOUR ACCOUNT**

*(handwritten at top)* AUIJ will be I Jone on carln IN /72 ft UZP



THE GEORGE
WASHINGTON
UNIVERSITY
HOSPITAL

UHS
Universal Health

## Important Message

Your Medicare Has Been Billed

YEHANNA JOAN MARY MALONE
1140 N CAPITAL ST NW APT 504
WASHINGTON DC 20001

## Account Summary

| | |
|---|---|
| Patient Name: | Malone ,Yehanna Joan Ma |
| Statement Date: | 11/05/08 |
| Service Date(s): | 08/01/08 |
| **Account Number:** | **114860752** |
| Medical Record Number: | 1466940 |

## Charge Summary

| | |
|---|---|
| Previous Balance: | $.00 |
| Total New Charges: | $155.75 |
| Payments/Adjustments: | $142.54- |
| Account Balance: | $13.21 |
| Please Pay This Amt: | $.00 |

## Contact Us

For questions, call customer service at:
866-772-7353 or e-mail us at:
cs.atlcbo@uhsinc.com

---

Make Checks Payable To: George Washington University Hospital

THE GEORGE
WASHINGTON    Po Box 100507
UNIVERSITY    ATLANTA GA 30384
HOSPITAL

ADDRESS SERVICE REQUESTED

☐ Check box if your address or insurance information
has changed. Please make changes on back.

00000305  001  0.37
YEHANNA JOAN MARY MALONE
1140 N CAPITAL ST NW APT 504
WASHINGTON DC 20001

| Account Number: 114860752 | | Please Pay This Amount: $.00 |
|---|---|---|
| Patient Name: Malone ,Yehanna Joan Ma R Y | | Due By: |
| ☐ VISA  ☐ MasterCard / ☐ DISCOVER ☐ AMERICAN EXPRESS | | |
| Card Number: | CVV2 No.* | Exp. Date: |
| Signature: | | Amount Paid: |

\* The CVV2 Number is the last 3 digits on the back of your credit card, by your signature

G W UNIVERSITY HOSPITAL
P.O. BOX 31001-0827
PASADENA, CA 91110-0827

0001148607520010000000000009999997000000007219



**THE GEORGE WASHINGTON UNIVERSITY HOSPITAL**
UHS
Universal Health

## Account Summary

Patient Name: Malone ,Yehanna Joan Ma
Statement Date:     11/05/08
Service Date(s):     08/01/08
**Account Number:**     **114860752**
Medical Record Number:     1466940

Please Pay This Amt:     **$ .00**

## Charge Information

| Trans. Date | Description | Amount |
|---|---|---|
| 08/18/08 | 1 OP EST LEV 3 VISIT HOSP | 115.75 |
| 08/22/08 | 1 BUPIVACAINE 0.25% 30ML MPF | 20.00 |
| 08/22/08 | 1 BUPIVACAINE 0.25% 30ML MPF | 20.00- |
| 08/22/08 | 1 SODIUM CHL 0.9% 20ML VIAL | 13.00 |
| 08/22/08 | 1 SODIUM CHL 0.9% 20ML VIAL | 13.00- |
| 08/22/08 | 1 CONTRAST CLINICAL CK STATISTIC | .00 |
| 08/22/08 | 1 LIDOCAINE PER 10MG | 5.50 |
| 08/22/08 | 2 METHYLPRED ACET PER 40MG | 34.50 |
| 09/06/08 | MEDICARE OP C/A CY   A38 PART B ONLY O | 89.72- |
| 09/22/08 | MEDICARE B ONLY OP C A38 PART B ONLY O | 52.82- |
| 10/01/08 | 7578/DC MCD 318    D74 MEDICAID/CRE | .00 |

Please use this space to make corrections to your address or insurance information.

Name: _____  Account No: _____  Phone: _____

Address: _____

Business Phone: _____  Employer: _____

Employer Address: _____

Insurance Company: _____  Effective Date: _____

Insurance Company Address: _____  Phone: _____

Insurance Policy or Contact No: _____  Group No: _____

Policy Holder's Name: _____  Phone: _____

Policy Holder's Date of Birth _____  Policy Holder's Gender: ☐M ☐F  Policy Holder's Social Security No: _____

Patient's Relationship to Insured:   ☐ Self   ☐ Spouse   ☐ Child   ☐ Other_____

## ELIZABETH ROSS M.D. AND KENNETH LEE M.D., P.C.
### 2021 K STREET, NW SUITE 315
### WASHINGTON DC 20006

Bill To:

JOAN F MALONE
1140 N. CAPITOL STREET, NW
#504
WASHINGTON DC 20001

| | |
|---|---|
| Amount Remitted: | |
| Account Number: | 16675 |
| Statement Date: | 01/23/2012 |
| Patient's Balance Due: | $32.36 |
| Page: | 1 of 1 |

[ ] VISA [ ] MASTERCARD

Credit Card#: _____ CSC _____

Exp.Date: _____ Amount: _____

Signature _____

Please Note: If a '1' appears in this column, we have filed with your primary carrier. If a '2' appears,
we have also filed with your secondary carrier. Our records show your insurance as follows:
   1: HIGHMARK MEDICARE SERVICE

| Date | Provider | Code | Reference | Description of Services | Amount Charged | Payments | Insurance | Your Balance | |
|---|---|---|---|---|---|---|---|---|---|
| 11/17/11 | EMR | | 99204 | EXTENDED OUTPATIENT VISIT | 300.00 | | | 27.77 | 1 |
| 11/17/11 | EMR | | 93000 | EKG 12-LEAD, INTERPRETATI | 75.00 | | | 4.59 | 1 |
| 12/19/11 | | | | MEDICARE INS PMT | | 18.34 | | | |
| 12/19/11 | | | | MEDICARE ADJUSTMENT | | 52.07 | | | |
| 12/19/11 | | | | MEDICARE INS PMT | | 111.07 | | | |
| 12/19/11 | | | | MEDICARE ADJUSTMENT | | 161.16 | | | |

| Account Balance | (Refer to "Due From Patient" For Amount to Pay) | Current Balance | Over 30 | Over 60 | Over 90 | Over 120 | Due From Patient |
|---|---|---|---|---|---|---|---|
| $32.36 | | $0.00 | $32.36 | $0.00 | $0.00 | $0.00 | $32.36 |

| Providers | Account Number | Name | Telephone for Questions |
|---|---|---|---|
| ELIZABETH M ROSS MD | 16675 | JOAN F MALONE | (202) 775-0955 |
| | Statement Date | Make check Payable To | |
| | 01/23/2012 | ELIZABETH ROSS M.D. AND KENNETH LEE M.D., P | |



THE NEUROLOGY CENTER P.A.
P.O. BOX 79538
BALTIMORE, MD 21279-0538

| STATEMENT DATE | 11/30/11 |
| --- | --- |
| ACCOUNT NUMBER | 409473 |
| PAYMENT DUE DATE | 12/15/11 |
| PAY THIS AMOUNT | $340.00 |

1 / 1



0000002402

ʰᵗᵖʰᵗᵖʰᵗᵖ|ʰᵗᵖ·ʰᵗᵖ·ʰᵗᵖʰᵗᵖ|||ᵗᵖ·ʰᵗᵖ·ʰᵗᵖ·ʰᵗᵖ|ʰᵗᵖ|ʰᵗᵖ·ʰᵗᵖ|ʰᵗᵖʰᵗᵖʰᵗᵖ

Joan Malone
PO BOX 15082
WASHINGTON, DC  20003-0082

Billing Questions?  Call (301) 562-7200 or visit our
website at www.neurologycenter.com

## STATEMENT - THE NEUROLOGY CENTER P.A.

| Date | Provider | Description | Charge | Payment/Adjustment | Balance |
| --- | --- | --- | --- | --- | --- |
| 11/21/11 | Rhanni N Herzfeld MD | New Patient Office Visit Level 4 | 340.00 | | 340.00 |
| | | Charge sub-total for visit 11/21/11 | 340.00 | | |
| 11/29/11 | | Payment Medicare | | 0.00 | |
| | | According to your insurance carrier(s), this amount is your responsibility. | | | |

You can pay your balance online at  www.neurologycenter.com  Thank you.

PLEASE DETACH AT THE PERFORATION AND MAIL THIS PORTION WITH YOUR PAYMENT

□ Please check box if address is incorrect or if insurance information has
changed and indicate change(s) on reverse.



| CARD NUMBER | | 3 DIGIT CODE | AMOUNT PAID |
| --- | --- | --- | --- |
| SIGNATURE | | | EXP. DATE |
| NAME    Joan Malone | | | STATEMENT ID    15651694 |

| AMOUNT DUE | ACCOUNT NUMBER | PAYMENT DUE DATE |
| --- | --- | --- |
| $340.00 | 409473 | 12/15/11 |

Please remit payments to:

THE NEUROLOGY CENTER P.A.
P.O. BOX 79538
BALTIMORE, MD  21279-0538

## FOR CHANGE OF ADDRESS, MISSPELLINGS OR OTHER ERRORS, PLEASE PRINT CORRECTIONS.

| Guarantor's Name | | | Phone # ( ) |
|---|---|---|---|
| Guarantor's Address | City | State | Zip Code |

## IF YOU HAVE NOT SUPPLIED INSURANCE INFORMATION, PLEASE DO SO HERE:

| **PRIMARY INSURANCE COVERAGE** | Patient's Relationship to Insured ☐ SELF ☐ SPOUSE ☐ CHILD ☐ OTHER | **SECONDARY INSURANCE COVERAGE** | Patient's Relationship to Insured ☐ SELF ☐ SPOUSE ☐ CHILD ☐ OTHER |
|---|---|---|---|
| Insurance Company Name | Phone # ( ) | Insurance Company Name | Phone # ( ) |
| Insurance Company Address | | Insurance Company Address | |
| Policyholders Name | Birthdate / / | Policyholders Name | Birthdate / / |
| Policy & Group # | Policy Effective Date / / | Policy & Group # | Policy Effective Date / / |
| Employer's Name | Phone # ( ) | Employer's Name | Phone # ( ) |
| Employer's Address | | Employer's Address | |

MAKE CHECKS PAYABLE TO:

**Washington Orthopaedics &Sports Medicine**
5454 Wisconsin Ave
Suite 1000
Chevy Chase, MD 20815

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
|---|
| CHECK CARD USING FOR PAYMENT |
| ☐ AMERICAN EXPRESS  ☐ MASTERCARD  ☐ VISA |
| CARD NUMBER | AMOUNT |
| SIGNATURE | EXP DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 01/23/12 | $55.77 | 63269 |

SHOW AMOUNT
PAID HERE  $

STATEMENT

ADDRESSEE:

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
**Malone, Joan F**
1140 N Capitol St NW
Apt 504
Washington, DC 20002

REMIT TO:

**Washington Orthopaedics &Sports Medicine**
5454 Wisconsin Ave
Suite 1000
Chevy Chase, MD 20815

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
For billing inquiries call: 301-657-3465

| DATE | DESCRIPTION OF SERVICE | AMOUNT | INSUR BALANCE | PATIENT BALANCE | BALANCE |
|---|---|---|---|---|---|
| | **ENCOUNTER 284931 FOR JOAN WITH MAGUR MD, EDWARD G** | | | | |
| 09/07/11 | 99203 - Offic/outht E&m New Mod Sever | $183.00 | | $23.31 | |
| 09/29/11 | MEDICARE PAYMENT (CO45 (Charge Exceeds Medicare Allowable... | -$93.23 | | | |
| 09/29/11 | MEDICARE ADJUSTMENT (CO45 (Charge Exceeds Medicare Allow... | -$66.46 | | | |
| 09/07/11 | 20605 - Arthrocentesis/aspir/inj; Inte | $162.00 | | $13.21 | |
| 09/29/11 | MEDICARE PAYMENT (CO45 (Charge Exceeds Medicare Allowable... | -$52.84 | | | |
| 09/29/11 | MEDICARE ADJUSTMENT (CO45 (Charge Exceeds Medicare Allow... | -$95.95 | | | |
| 09/07/11 | J3301 - Triamcinolone-Acetonide 10 Mg (QTY 2) | $12.00 | | $0.66 | |
| 09/29/11 | MEDICARE PAYMENT (CO45 (Charge Exceeds Medicare Allow... | -$2.62 | | | |
| 09/29/11 | MEDICARE ADJUSTMENT (CO45 (Charge Exceeds Medicare Allow... | -$8.72 | | | |
| 09/07/11 | J2001 - Injection Lidocaine HC1 For In (QTY 2) | $10.00 | | | |
| 09/29/11 | MEDICARE PAYMENT | $0.00 | | | |
| 09/07/11 | MEDICARE ADJUSTMENT | -$10.00 | | | |
| 09/07/11 | 73610 - Rad Exam Ank Compl Min 3 Vi | $125.00 | | $2.73 | |
| 09/29/11 | MEDICARE PAYMENT (CO45 (Charge Exceeds Medicare Allowable... | -$30.92 | | | |
| 09/29/11 | MEDICARE ADJUSTMENT (CO45 (Charge Exceeds Medicare Allow... | -$86.35 | | | |
| 12/02/11 | FIN.CHG. - FINANCE CHARGE | $0.67 | | $0.67 | |
| 12/30/11 | FIN.CHG. - FINANCE CHARGE | $0.68 | | $0.68 | |
| | **ENCOUNTER TOTAL** | **$46.26** | **$0.00** | **$46.26** | **$46.26** |
| | **ENCOUNTER 290204 FOR JOAN WITH MAGUR MD, EDWARD G** | | | | |
| 10/19/11 | 99212 - Offic/outpt E&m Estab Minor 10 | $92.00 | | $9.51 | |
| 11/09/11 | MEDICARE ADJUSTMENT (CO45 (Charge Exceeds Medicare Allowable... | -$44.47 | | | |
| 11/09/11 | MEDICARE PAYMENT (CO45 (Charge Exceeds Medicare Allowable... | -$38.02 | | | |
| | **ENCOUNTER TOTAL** | **$9.51** | **$0.00** | **$9.51** | **$9.51** |

**URGENT! Previous bills have been sent to you for these charges. The balance is seriously past due. Remit payment today!**

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 63269 | $0.00 | $0.00 | $9.51 | $46.26 | $0.00 | $55.77 |

MESSAGE:
An Interest Charge Of 1.5 % Per Month Will Be Assessed On All Patient Balances Over 30 Days

THIS BALANCE MAY BE TRANSFERRED TO YOUR
 OR

JUST CALL US

PLEASE PAY
THIS AMOUNT »»»»  $55.77

** PAYMENT DUE UPON RECEIPT * THANK YOU **
**STATEMENT**

PAGE: 1



The GW Medical Faculty Associates

2150 Pennsylvania Avenue, NW
Washington, DC 20037

|  | MASTERCARD |  | VISA |  | AMERICAN EXPRESS |
|---|---|---|---|---|---|

| CARD NUMBER | AMOUNT |
|---|---|

| SIGNATURE | EXP. DATE |
|---|---|

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 01/23/12 | 119.72 | 1466940 |

| DUE DATE | SHOW AMOUNT PAID HERE $ |
|---|---|

ADDRESS SERVICE REQUESTED

MEDICARE A and   150348707A
DC MEDICAID SEC 70165165

Telephone Inquiries: 202-741-3560

**ADDRESSEE:**

**REMIT TO:**

JOAN F MALONE       1466940
1140 N CAPITOL ST NW APT 504
WASHINGTON,DC 20002-7558

**MEDICAL FACULTY ASSOCIATES**
P.O. BOX 37056
BALTIMORE, MD 21297-3056

☐ Please check box if above address is incorrect or insurance
information has changed, and indicate change(s) on reverse side.

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE OF SERVICE/ TRANSACTION | INVOICE | DESCRIPTION OF SERVICES | CHARGES/ PAYMENTS/ ALLOWANCES | PAYMENTS/ FROM PATIENT | BALANCE DUE FROM PATIENT |
|---|---|---|---|---|---|
|  | 7432438 | PATIENT SEEN BY |  |  |  |
|  |  | WILLIAM CULLEN MD |  |  |  |
| 12/11/03 | 99213 | OFFICE VISIT | 110.00 |  | 110.00 |
|  | 11622888 | PATIENT SEEN BY |  |  |  |
|  |  | MEHUL DESAI MD |  |  |  |
| 02/19/09 | 99213 | OFFICE VISIT | 110.00 |  |  |
| 03/19/09 |  | MEDICARE PYMT #23 | 38.88CR |  |  |
|  |  | MEDICARE ALLOWANCE | 61.40CR |  | 9.72 |

| BILL DATE* | PATIENT NAME | ACCOUNT # | PLEASE PAY THIS BALANCE |
|---|---|---|---|
| 01/23/12 | JOAN F MALONE | 1466940 | 119.72 |

* **PAYMENTS RECEIVED AFTER BILL DATE WILL APPEAR ON YOUR NEXT STATEMENT.**

MAILED STMT TO PT

## IF THERE ARE ANY MISSPELLINGS OR ERRORS, PLEASE PRINT CORRECTIONS

| Guarantor's Name | | | | | Phone # ( ) |
| Guarantor's Address | | City | State | | Zip Code |

| PRIMARY INSURANCE COVERAGE | Patient's Relationship to Insured<br>☐ SELF   ☐ SPOUSE<br>☐ CHILD  ☐ OTHER | SECONDARY INSURANCE COVERAGE | Patient's Relationship to Insured<br>☐ SELF   ☐ SPOUSE<br>☐ CHILD  ☐ OTHER |
|---|---|---|---|
| Insurance Company Name | Phone # ( ) | Insurance Company Name | Phone # ( ) |
| Insurance Company Address | | Insurance Company Address | |
| Policy Holder's Name | Birthdate /     / | Policy Holder's Name | Birthdate /     / |
| Policy & Group # | Policy Effective Date /     / | Policy & Group # | Policy Effective Date /     / |
| Employee's Name | Phone # ( ) | Employee's Name | Phone # ( ) |
| Employer's Address | | Employer's Address | |

# BILLING POLICY

It is our policy to submit all charges to your insurance carrier. However, if we do not participate with your plan, you will be responsible for any outstanding balance over 60 days old. Amounts deemed "not covered" by insurance are the responsibility of the guarantor or responsible party.

Payment is due by the date indicated. We will be happy to assist you with a payment plan for any balances not paid in full.

**We expect payment from you for the amount shown in the "Balance Due From Patient" box on the front of this statement . Payment is expected within fifteen days of the statement date.**

# *Patient Statement*
**Monday, January 23, 2012**

| Amount Due | Amount Paid |
|---|---|
| **$483.37** | |

Payment Type:
- [ ] Check
- [ ] Visa          [ ] Mastercard
- [ ] American Express   [ ] Discover

Account # _____

Expiration Date _____/_____/_____

Signature _____

Date _____/_____/_____

Joan F M Malone
1140 N Capitol Street NW
Apt 504
Washington, DC  20002

Reflects transactions posted through 1/23/2012 for 115259

(Detach and remit with payment)

| Date | Description | Check # | Fee | Units | Insurance | Patient |
|---|---|---|---|---|---|---|
| | **Joan F M Malone(409473)/Rhanni N Herzfeld MD/036944** | | | | | |
| | Location: NCPA K Street | | | | | |
| 11/21/2011 | New Patient Office Visit Level 4 | | $340 00 | 1.00 | $304.45 | $35 55 |
| 11/30/2011 | Payment from Medicare | 3642936 | | | $0 00 | $0 00 |
| 11/30/2011 | Transfer from Insurance | 3642936 | | | ($304 45) | $304 45 |
| | According to your insurance carrier(s), this amount is your responsibility | | | | | |
| 11/30/2011 | Payment from Medicare | 3642936 | | | $0 00 | $0 00 |
| 12/13/2011 | Contractual Adjustment from Medicare | 8818991 | | | ($162.26) | $0 00 |
| 12/13/2011 | Payment from Medicare | 8818991 | | | ($142 19) | $0 00 |
| 12/13/2011 | Transfer from Insurance | 8818991 | | | $304.45 | ($304 45) |
| | | | | | **$0.00** | **$35.55** |
| | **Joan F M Malone(409473)/Ezra D Cohen MD/039491** | | | | | |
| | Location: NCPA K Street | | | | | |
| 12/05/2011 | Electroencephalogram (EEG); including recording awake and asleep | | $500.00 | 1 00 | $422.02 | $77 98 |
| 12/22/2011 | Contractual Adjustment from Medicare | 8819092 | | | ($110.11) | $0.00 |
| 12/22/2011 | Payment from Medicare | 8819092 | | | ($311.91) | $0 00 |
| | | | | | **$0.00** | **$77.98** |
| | **Joan F M Malone(409473)/Neal M Kurzrok MD/042869** | | | | | |
| | Location: NCPA K Street | | | | | |
| 12/19/2011 | Monitoring for localization of cerebral seizure focus by computerized portable 16 or more channel EEG, electroencephalographic (EEG) recording and interpretation, each 24 hours | | $1,160 00 | 3.00 | $3,189.49 | $290 51 |
| 01/19/2012 | Contractual Adjustment from Medicare | 8819362 | | | ($2,027.46) | $0.00 |
| 01/19/2012 | Payment from Medicare | 8819362 | | | ($1,162 03) | $0.00 |
| | | | | | **$0.00** | **$290.51** |
| | **Joan F M Malone(409473)/Rhanni N Herzfeld MD/046189** | | | | | |
| | Location: NCPA K Street | | | | | |
| 01/12/2012 | Office Visit Level 3 | | $125.00 | 1 00 | $109.38 | $15 62 |
| 01/20/2012 | Contractual Adjustment from Medicare | 3643467 | | | ($45 67) | $0 00 |
| 01/20/2012 | Payment from Medicare | 3643467 | | | $0 00 | $0 00 |
| 01/20/2012 | Transfer from Insurance | 3643467 | | | ($63.71) | $63 71 |
| | According to your insurance carrier(s), this amount is your responsibility. | | | | | |
| | | | | | **$0.00** | **$79.33** |

| Deposit | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Ins. Balance | Pat. Balance |
|---|---|---|---|---|---|---|---|---|
| $0.00 | $79.33 | $404.04 | $0.00 | $0.00 | $0.00 | $483.37 | $0.00 | $483.37 |

# CMS Medicare Summary Notice

CENTERS for MEDICARE & MEDICAID SERVICES

February 22, 2008

HGIG-P080223122909026342



YEHANNA MALONE
PO BOX 15082
WASHINGTON DC 20003-0082

## CUSTOMER SERVICE INFORMATION

**Your Medicare Number: 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A**

If you have questions, write or call:
**1-800-MEDICARE (1-800-633-4227)**
**Ask for Hospital Services**
**TDD-Telecommunication Device**
**For Hearing Impaired: 1-877-486-2048**

**Write: Please see the General Information
section for mailing addresses.**

**Contractor #52280**

**BE INFORMED:** Always review your Medicare
Summary Notice for correct information about
the items or services you received.

This is a summary of claims processed from 01/11/2008 through 01/28/2008.

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Control number 20800405123302 | 01 | | | | | a,b,c |
| **District Hospital Partners L P** | | | | | | |
| 901 23rd Street Nw | | | | | | |
| Suite 2500 | | | | | | |
| Washington, DC 20037-2377 | | | | | | |
| Referred by: Mary McKay | | | | | | |
| 12/26/07 | Emergency dept visit (99284) | $784.75 | $0.00 | $51.33 | $51.33 | |
| | Non-covered item or service (A9270) | 3.00 | 3.00 | 0.00 | 3.00 | d |
| | Extremity study (93971) | 805.25 | 0.00 | 40.01 | 40.01 | |
| **Claim Total** | | **$1,593.00** | **$3.00** | **$91.34** | **$94.34** | |

**THIS IS NOT A BILL - Keep this notice for your records.**



# IMPORTANT INFORMATION YOU SHOULD KNOW
## ABOUT YOUR MEDICARE BENEFITS

For more information about services covered by Medicare, please see your Medicare Handbook.

**PART A HOSPITAL INSURANCE (INPATIENT)** helps pay for inpatient hospital care, inpatient care in a skilled nursing facility following a hospital stay, home health care and hospice care. Inpatient services are measured in benefit periods. A benefit period begins the first time you receive Medicare covered inpatient hospital care and ends when you have been out of the hospital or skilled nursing facility for 60 consecutive days. There is no limit to the number of benefit periods you may have.

**THE AMOUNT YOU MAY BE BILLED** for **Part A** services includes:
- **an inpatient hospital deductible** once during each benefit period,
- **a coinsurance amount for the 61st through the 90th days** of a hospital stay during each benefit period,
- **a coinsurance amount for each Lifetime Reserve Day,** which can be used if you have to stay in the hospital more than 90 days in one benefit period. Lifetime Reserve Days may be used only once.
- **a blood deductible** for the first three pints of unreplaced blood furnished to you in a calendar year in some states,
- **an inpatient coinsurance for the 21st through the 100th days** of a Medicare covered stay in a **skilled nursing facility,**
- charges for services or supplies that are **not covered** by Medicare. You may not have to pay for certain denied services. If so, a NOTE on the front will tell you.

**PART B MEDICAL INSURANCE (OUTPATIENT FACILITIES)** helps pay for care provided by certified medical facilities, such as hospital outpatient departments, renal dialysis facilities, and community health centers.

**THE AMOUNT YOU MAY BE BILLED** for **PART B** services includes:
- **An annual deductible,** taken from the first Medicare Part B charges each year;
- After the deductible has been met for the year, depending on services received, a **coinsurance** amount (20 percent of the amount charged), or a fixed copayment for each service; and
- Charges for services or supplies that are **not covered** by Medicare. You may not have to pay for certain denied services. If so, a NOTE on the front will tell you.

If you have supplemental insurance, it may help to pay the amounts you may be billed.

If you use this notice to claim supplemental benefits from another insurance company, make a copy for your records.

**WHEN OTHER INSURANCE PAYS FIRST:** All Medicare payments are made on the condition that you will pay Medicare back if benefits could be paid by insurance that is primary to Medicare. Types of insurance that should pay before Medicare include employer group health plans, no-fault insurance, automobile medical insurance, liability insurance and workers' compensation. Notify us right away if you have filed or could file a claim with insurance that is primary to Medicare.

**YOUR RIGHT TO APPEAL:** If you disagree with what Medicare approved for these services, you may appeal the decision. You must file your appeal within **120 days of the date you receive this notice.** Unless you show us otherwise, we assume you received this notice 5 days after the date of this notice. Follow the appeal instructions on the front of the last page of the notice. If you want **help with your appeal,** a friend or someone else can help you. Also, groups such as legal aid services may provide free assistance. To contact us for the names and telephone numbers of groups in your area, please see our Customer Service Information box on the front of this notice.

**HELP STOP MEDICARE FRAUD:** Fraud is a false representation by a person or business to get Medicare payments. Some examples of fraud include:
- offers of goods or money in exchange for your Medicare Number,
- telephone or door-to-door offers for free medical services or items, and
- claims for Medicare services/items you did not receive.

If you think a person or business is involved in fraud, you should call Medicare at the Customer Service Telephone number on the front of this notice.

**INSURANCE COUNSELING AND ASSISTANCE:** Insurance Counseling and Assistance programs are located in every State. These programs have volunteer counselors who can give you free assistance with Medicare questions, including enrollment, entitlement, Medigap, and premium issues. If you would like to know how to get in touch with your local Insurance Counseling and Assistance Program Counselor, please call us at the number shown in the Customer Service Information box on the front of this notice.

## PATIENT SERVICES PROVIDED

| | | |
|---|---|---|
| | PREVIOUS BALANCE | .00 |
| 02/01/11 | PT THERAPEUTIC EXER 15MIN | 291.00 |
| 02/01/11 | PT MANUAL THERAPY 15MIN | 135.25 |
| 02/22/11 | PT THERAPEUTIC EXER 15MIN | 291.00 |
| 02/22/11 | PT MANUAL THERAPY 15MIN | 135.25 |
| 03/06/11 | MEDICARE OP C/A | 672.60- |
| 03/22/11 | MEDICARE B ONLY OP P | 146.54- |
| 03/28/11 | MEDICAID 2ND NO PAY | .00 |
| 03/28/11 | 6686 DC MCD 318 | .00 |
| 04/01/11 | MEDICARE OP C/A | 3.26 |

## ACCOUNT SUMMARY

| | |
|---|---|
| Patient Name | MALONE ,JOAN FRANCES |
| Account Number | **118888700** |
| Due Date | 07/13/11 |
| Admit Date | 02/01/11 |
| Discharge Date | |
| Statement Date | 06/25/11 |
| Balance Forward | 36.62 |

**MESSAGE:**

YOUR MEDICARE HAS BEEN BILLED

Please Note: The Remit Address Below is for Payments Only.
Billing Error or Patient Care Complaints, Bankruptcy Notices,
or any other correspondence should be addressed to:

UHS Atlantic Region Central Business Office
Attn: Customer Service/Correspondence
5309 Commonwealth Centre Parkway
Suite 300
Midlothian, VA 23112

### CONTACT US

For questions concerning this statement, please
contact us at 866-772-7353 between the hours of
8:30AM and 5:00PM EST, Monday - Friday, or email us
at: cs.atlcbo@uhsinc.com.

### ON LINE PAYMENT OPTION:

If you would like to make an on-line payment to your account, visit us at
http://www.gwhospital.com and follow the instructions to pay on-line.

| PLEASE PAY THIS AMOUNT |
|---|
| 36.62 |

667-UHSSTM-1007334-1010159744-P; 4984038-1-67; 31440648-1; 1



THE GEORGE
WASHINGTON PO BOX 3247  Cust:UHS
UNIVERSITY TOLEDO, OH 43607-0475
HOSPITAL
UHS
Universal Health



STATEMENT DATE: 06/25/11
DUE DATE: 07/13/11

☐ Please check box if address or insurance information
has changed and indicate changes on reverse side.

67 01

000047 0101

JOAN FRANCES MARY MALONE
1140 N CAPITOL ST NW APT 504
WASHINGTON, DC 20002-7558





IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS FILL OUT BELOW.

CHECK CARD USING FOR PAYMENT

☐ MASTERCARD  ☐ DISCOVER  ☐ VISA  ☐ AMERICAN EXPRESS

CARD NUMBER

CVV CODE

SIGNATURE

EXP DATE

PATIENT

MALONE ,JOAN FRANCES

| ACCOUNT NUMBER | AMOUNT DUE NOW | AMOUNT PAID |
|---|---|---|
| 118888700 | 36.62 | $ |

REMIT AND MAKE PAYMENT TO:
G W UNIVERSITY HOSPITAL
PO BOX 31001-0827
PASADENA, CA 91110-0827

0001188887000010000000366299999997000000007212

## IF ANY OF THE FOLLOWING HAS CHANGED SINCE YOUR LAST STATEMENT, PLEASE INDICATE . . . .

### ABOUT YOU:

YOUR NAME (Last, First, Middle Initial)

ADDRESS

CITY                    STATE          ZIP

TELEPHONE          MARITAL STATUS    ☐ Separated
                                     ☐ Single          ☐ Divorced
(     )                               ☐ Married         ☐ Widowed

EMPLOYER'S NAME                      TELEPHONE
                                     (     )

EMPLOYER'S ADDRESS      CITY        STATE      ZIP

### ABOUT YOUR INSURANCE:

YOUR PRIMARY INSURANCE COMPANY'S NAME          EFFECTIVE DATE

PRIMARY INSURANCE COMPANY'S ADDRESS            PHONE

CITY                              STATE       ZIP

POLICYHOLDER'S ID NUMBER          GROUP PLAN NUMBER

YOUR SECONDARY INSURANCE COMPANY'S NAME        EFFECTIVE DATE

SECONDARY INSURANCE COMPANY'S ADDRESS          PHONE

CITY                              STATE       ZIP

POLICYHOLDER'S ID NUMBER          GROUP PLAN NUMBER

## PATIENT SERVICES PROVIDED

| | | |
|---|---|---|
| | PREVIOUS BALANCE | 36.62 |
| 06/23/11 | 8501/MCR ECPTN | 146.54 |
| 06/23/11 | 8502/MCR ECPTN | 143.92- |
| 06/28/11 | MEDICARE OP C/A | 2.62- |

## ACCOUNT SUMMARY

| | |
|---|---|
| Patient Name | MALONE ,JOAN FRANCES |
| Account Number | **118888700** |
| Due Date | 07/17/11 |
| Admit Date | 02/01/11 |
| Discharge Date | |
| Statement Date | 06/29/11 |
| Balance Forward | 36.62 |

**MESSAGE:**

MEDICARE HAS PAID, BALANCE IS YOUR
RESPONSIBILITY.

Please Note: The Remit Address Below is for Payments Only.
Billing Error or Patient Care Complaints, Bankruptcy Notices,
or any other correspondence should be addressed to:

UHS Atlantic Region Central Business Office
Attn: Customer Service/Correspondence
5309 Commonwealth Centre Parkway
Suite 300
Midlothian, VA 23112

## CONTACT US

For questions concerning this statement, please
contact us at 866-772-7353 between the hours of
8:30AM and 5:00PM EST, Monday - Friday, or email us
at: cs.atlcbo@uhsinc.com.

## ON LINE PAYMENT OPTION:

If you would like to make an on-line payment to your account, visit us at
http://www.gwhospital.com and follow the instructions to pay on-line.

| PLEASE PAY THIS AMOUNT |
|---|
| **36.62** |

667-UHSSTM-1012351-1013776066-P; 5007166-1-39; 31452215-1; 1

 THE GEORGE WASHINGTON UNIVERSITY HOSPITAL UHS  PO BOX 3247  Cust:UHS
TOLEDO, OH 43607-0475



IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS. FILL OUT BELOW.

CHECK CARD USING FOR PAYMENT

☐ MASTERCARD   ☐ DISCOVER   ☐ VISA   ☐ AMERICAN EXPRESS

CARD NUMBER          CVV CODE

SIGNATURE          EXP DATE

PATIENT

**MALONE ,JOAN FRANCES**

| ACCOUNT NUMBER | AMOUNT DUE NOW | AMOUNT PAID |
|---|---|---|
| **118888700** | 36.62 | $ |

STATEMENT DATE: 06/29/11 
DUE DATE: 07/17/11

☐ Please check box if address or insurance information
has changed and indicate changes on reverse side.

39 01

02277 0101
JOAN FRANCES MARY MALONE
1140 N CAPITOL ST NW APT 504
WASHINGTON, DC 20002-7558

**REMIT AND MAKE PAYMENT TO:**

G W UNIVERSITY HOSPITAL
PO BOX 31001-0827
PASADENA, CA 91110-0827

0001188887000010000000366299999997000000007212

**IF ANY OF THE FOLLOWING HAS CHANGED SINCE YOUR LAST STATEMENT, PLEASE INDICATE . . . .**

**ABOUT YOU:**

YOUR NAME (Last, First, Middle Initial)

ADDRESS

CITY          STATE      ZIP

TELEPHONE        MARITAL STATUS    ☐ Separated
                          ☐ Single      ☐ Divorced
(    )                ☐ Married     ☐ Widowed

EMPLOYER'S NAME           TELEPHONE

                                (    )

EMPLOYER'S ADDRESS     CITY      STATE     ZIP

**ABOUT YOUR INSURANCE:**

YOUR PRIMARY INSURANCE COMPANY'S NAME       EFFECTIVE DATE

PRIMARY INSURANCE COMPANY'S ADDRESS        PHONE

CITY                           STATE     ZIP

POLICYHOLDER'S ID NUMBER      GROUP PLAN NUMBER

YOUR SECONDARY INSURANCE COMPANY'S NAME      EFFECTIVE DATE

SECONDARY INSURANCE COMPANY'S ADDRESS       PHONE

CITY                           STATE     ZIP

POLICYHOLDER'S ID NUMBER      GROUP PLAN NUMBER

## PATIENT SERVICES PROVIDED

| | | |
|---|---|---|
| | PREVIOUS BALANCE | 18.31 |
| 06/23/11 | 8501/MCR ECPTN | 73.27 |
| 06/23/11 | 8502/MCR ECPTN | 71.96- |
| 06/28/11 | MEDICARE OP C/A | 1.31- |
| 06/28/11 | MEDICARE OP C/A | .32- |

## ACCOUNT SUMMARY

| | |
|---|---|
| Patient Name | MALONE ,JOAN FRANCES |
| Account Number | **118995406** |
| Due Date | 07/17/11 |
| Admit Date | 03/01/11 |
| Discharge Date | |
| Statement Date | 06/29/11 |
| Balance Forward | 17.99 |

**MESSAGE:**

MEDICARE HAS PAID, BALANCE IS YOUR
RESPONSIBILITY.

Please Note: The Remit Address Below is for Payments Only.
Billing Error or Patient Care Complaints, Bankruptcy Notices,
or any other correspondence should be addressed to:

UHS Atlantic Region Central Business Office
Attn: Customer Service/Correspondence
5309 Commonwealth Centre Parkway
Suite 300
Midlothian, VA 23112

## CONTACT US

For questions concerning this statement, please
contact us at 866-772-7353 between the hours of
8:30AM and 5:00PM EST, Monday - Friday, or email us
at: cs.atlcbo@uhsinc.com.



## ON LINE PAYMENT OPTION:

If you would like to make an on-line payment to your account, visit us at
http://www.gwhospital.com and follow the instructions to pay on-line.

```
PLEASE PAY THIS AMOUNT

       17.99
```

667-UHSSTM-1012351-1013776067-P; 5007166-1-40; 31452215-1; 1

THE GEORGE
WASHINGTON   PO BOX 3247  Cust:UHS
UNIVERSITY   TOLEDO, OH 43607-0475
HOSPITAL
**UHS**
Universal Health

STATEMENT DATE: 06/29/11
DUE DATE: 07/17/11

☐ Please check box if address or insurance information
  has changed and indicate changes on reverse side.

40 01

JOAN FRANCES MARY MALONE
1140 N CAPITOL ST NW APT 504
WASHINGTON, DC 20002-7558



IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.

CHECK CARD USING FOR PAYMENT

☐ MASTERCARD   ☐ DISCOVER   ☐ VISA   ☐ AMERICAN EXPRESS

CARD NUMBER                          CVV CODE

SIGNATURE                            EXP DATE

PATIENT

MALONE ,JOAN FRANCES

| ACCOUNT NUMBER | AMOUNT DUE NOW | AMOUNT PAID |
|---|---|---|
| 118995406 | 17.99 | $ |

**REMIT AND MAKE PAYMENT TO:**

G W UNIVERSITY HOSPITAL
PO BOX 31001-0827
PASADENA, CA 91110-0827

0001189954060010000000179999999997000000007212

**IF ANY OF THE FOLLOWING HAS CHANGED SINCE YOUR LAST STATEMENT, PLEASE INDICATE . . . .**

## ABOUT YOU:

| | |
|---|---|
| YOUR NAME (Last, First, Middle Initial) | |
| ADDRESS | |
| CITY | STATE | ZIP |

| TELEPHONE | MARITAL STATUS | ☐ Separated |
|---|---|---|
| | ☐ Single | ☐ Divorced |
| (     ) | ☐ Married | ☐ Widowed |

| EMPLOYER'S NAME | TELEPHONE |
|---|---|
| | (     ) |

| EMPLOYER'S ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|

## ABOUT YOUR INSURANCE:

| YOUR PRIMARY INSURANCE COMPANY'S NAME | EFFECTIVE DATE |
|---|---|
| PRIMARY INSURANCE COMPANY'S ADDRESS | PHONE |
| CITY | STATE | ZIP |
| POLICYHOLDER'S ID NUMBER | GROUP PLAN NUMBER |
| YOUR SECONDARY INSURANCE COMPANY'S NAME | EFFECTIVE DATE |
| SECONDARY INSURANCE COMPANY'S ADDRESS | PHONE |
| CITY | STATE | ZIP |
| POLICYHOLDER'S ID NUMBER | GROUP PLAN NUMBER |

**HealthPort**
P.O. Box 404119
Atlanta, GA 30384
Fed Tax ID: 58-2659941

**Bill to:** Joan F Malone
1140 N Capitol St Nw,
504
Washington, DC 20001

| DATE | QUOTE INVOICE |
|------|---------------|
| 8/3/2011 | QT53464459 |

| **CUST#:** 330073 | **AREA:** 40910 | **LOCATION:** 32308 |
|---|---|---|

**REP NUMBER:** 121532     **INVOICE TYPE:** PATIENT PERSONAL

**COPIES FROM:** George Washington Univ Hosp    **PATIENT:** Joan F Malone

Page Count Paper: 27     **PATIENT ID:** 9/25/1945

Page Count Micro: 0

Page Count Electronic: 0

| Description | Quantity | Price Per | Amount |
|---|---|---|---|
| Basic Fee | 0.00 | 0.00 | 0.00 |
| Retrieval Fee | 0.00 | 0.00 | 0.00 |
| Per Page Copy (Paper) 1 | 27.00 | 0.74 | 19.98 |
| Shipping/Handling | 0.00 | 0.00 | 0.00 |
| Subtotal | 0.00 | 0.00 | 19.98 |
| Sales Tax | 0.00 | 0.00 | 0.00 |
| Invoice Total | 0.00 | 0.00 | 19.98 |
| Balance Due | 0.00 | 0.00 | 19.98 |

-------------------------------------------------------------------------------------

**INVOICE: QT53464459**

**Patient agrees to pay the Invoice within 30 days.**

**Patient's Signature:** _____

Invoice can be paid online at: www.healthportpay.com

This invoice amount for medical record copies is based on pricing established by state and federal regulations. This amount may increase if the copies are mailed to you as shipping costs, changes in sales taxes or state rates would be included.

| PAY NOW | PRINT THIS PAGE | CLOSE WINDOW |
|---|---|---|

# Washington Orthopaedics and Sports Medicine
5454 Wisconsin Ave
Suite 1000
Chevy Chase  MD  20815-6949

CHECK CREDIT CARD USING FOR PAYMENT AND FILL OUT BELOW

☐ MasterCard        ☐ VISA        ☐ AMERICAN EXPRESS

CARD NUMBER                                    SECURITY CODE

NAME ON CARD (PLEASE PRINT)                    EXP DATE

SIGNATURE                                       AMOUNT

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 12/30/2011 | 63269 | $55.77 |

AMOUNT PA

Office Hours: 8:30am - 5:00pm
Phone: 301/657-3465

 

01550

**MAKE CHECK PAYABLE & REMIT TO:**

Malone, Joan F     63269
1140 N Capitol Street NW Apt 504
Washington DC 20002-7558

**Washington Orthopaedics and Sports Medicine**
5454 Wisconsin Ave
Suite 1000
Chevy Chase  MD  20815-6949

WASHORT1-0297232-0000000-2277298-001-000205-#00371#-0001

☐ PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK

◀ DETACH HERE ▶

AND RETURN THIS TOP PORTION WITH YOUR PAYMENT
USING THE RETURN ENVELOPE ENCLOSED

| DATE | DESCRIPTION | AMOUNT | INS. BAL. | PAT. BAL. | LN. ITEM BAL. |
|---|---|---|---|---|---|
| 09/07/11 | ENCOUNTER 284931 FOR JOAN WITH MAGUR MD, EDWARD G | | | | |
| 09/07/11 | 99203 - Offic/outpt E&m New Mod Sever | $183.00 | | | $23.31 |
| 09/29/11 | MEDICARE PAYMENT (CO45  (Charge Exceeds Medicare Allowable);PR2  (Pat | $93.23– | | | |
| 09/29/11 | MEDICARE ADJUSTMENT (CO45  (Charge Exceeds Medicare Allowable);PR2  ( | $66.46– | | | |
| 09/07/11 | 20605 - Arthrocentesis/aspir/inj; Inte | $162.00 | | | $13.21 |
| 09/29/11 | MEDICARE PAYMENT (CO45  (Charge Exceeds Medicare Allowable);PR2  (Pat | $52.84– | | | |
| 09/29/11 | MEDICARE ADJUSTMENT (CO45  (Charge Exceeds Medicare Allowable);PR2  ( | $95.95– | | | |
| 09/07/11 | J3301 - Triamcinolone Acetonide/10 Mg (QTY 2) | $12.00 | | | $0.66 |
| 09/29/11 | MEDICARE PAYMENT (CO45  (Charge Exceeds Medicare Allowable);PR2  (Pat | $2.62– | | | |
| 09/29/11 | MEDICARE ADJUSTMENT (CO45  (Charge Exceeds Medicare Allowable);PR2  ( | $8.72– | | | |
| 09/07/11 | J2001 - Injection Lidocaine HC1 For In (QTY 2) | $10.00 | | | |
| 09/29/11 | MEDICARE PAYMENT | $0.00 | | | |
| 09/29/11 | MEDICARE ADJUSTMENT | $10.00– | | | |
| 09/07/11 | 73610 - Rad Exam Ank; Complt Mini 3 Vi | $125.00 | | | $7.73 |
| 09/29/11 | MEDICARE PAYMENT (CO45  (Charge Exceeds Medicare Allowable);PR2  (Pat | $30.92– | | | |
| 09/29/11 | MEDICARE ADJUSTMENT (CO45  (Charge Exceeds Medicare Allowable);PR2  ( | $86.35– | | | |
| 12/02/11 | FIN.CHG. - FINANCE CHARGE | $0.67 | | | $0.67 |
| 12/30/11 | FIN.CHG. - FINANCE CHARGE | $0.68 | | | $0.68 |
| | ENCOUNTER TOTAL | $46.26 | $0.00 | $46.26 | $46.26 |
| 10/19/11 | ENCOUNTER 290204 FOR JOAN WITH MAGUR MD, EDWARD G | | | | |
| 10/19/11 | 99212 - Offic/outpt E&m Estab Minor 10 | $92.00 | | | $9.51 |
| 11/09/11 | MEDICARE ADJUSTMENT (CO45  (Charge Exceeds Medicare Allowable);PR2  ( | $44.47– | | | |
| 11/09/11 | MEDICARE PAYMENT (CO45  (Charge Exceeds Medicare Allowable);PR2  (Pat | $38.02– | | | |
| | ENCOUNTER TOTAL | $9.51 | $0.00 | $9.51 | $9.51 |

**URGENT! Previous bills have been sent to you for these charges. The balance is seriously past due. Remit payment today!**

**BALANCE DUE: $55.77**

*ACCOUNT CONDITION:*    Current: $0.00    30 Days: $9.51    60 Days: $0.00    90 Days: $46.26    120 Days: $0.00

Account Number: 63269                                    Statement Date: 12/30/2011

For billing inquiries call: 301-657-3465. An interest charge of 1.5%
per month will be assessed on all patient balanced over 30 days.

**Washington Orthopaedics and Sports Medicine**
5454 Wisconsin Ave
Suite 1000
Chevy Chase  MD  20815-6949
Phone: 301-657-3465  IRS# 52-1068893

December 17, 2010

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 11-10333-126-920 | | | | | | |
| Medical Faculty Associates, P O Box 37055, Baltimore, MD 21297-3055 | | | | | | a |
| Dr. Kim, Chi Hyun | | | | | | |
| 11/19/10 | 1.0 Office/outpatient visit, est (99213) | $138.00 | $74.83 | $59.86 | $14.97 | |
| Claim number 11-10333-131-460 | | | | | | |
| Medical Faculty Associates, P O Box 37055, Baltimore, MD 21297-3055 | | | | | | a |
| Referred by: Silver, Paul A | | | | | | |
| Dr. Popiel, David K. | | | | | | |
| 11/24/10 | 1.0 Office/outpatient visit, est (99213-GC) | $138.00 | $74.83 | $59.86 | $14.97 | |

## Notes Section:

a This information is being sent to Medicaid. They will review it to see if additional benefits can be paid.

## Deductible Information:

You have met the Part B deductible for 2010.

## General Information:

If you have questions about this notice or need information on how to appeal this claim, please see the last page of this notice or call 1-800-MEDICARE, (1-800-633-4227). Select the option for claims and then doctor services. Additional Medicare information can be found on our website at www.highmarkmedicareservices.com.

To obtain claim, deductible or eligibility status, try our Interactive Voice Response Unit (IVR). If you have touch tone service dial 1-800-633-4227.

December 17, 2010

## General Information (continued):

TO CHANGE YOUR ADDRESS:
First contact Social Security at 1-800-772-1213 to inform them of your address change.
Then call us at 1-800-633-4227 as it is shown in the Customer Service Information Box on
the first page of this notice.

Compare the services you receive with those that appear on your Medicare Summary Notice.
If you have questions, call your doctor or provider. If you feel further investigation is
needed due to possible fraud or abuse, call the phone number in the Customer Service
Information Box on the first page of this notice.

ALERT: Coverage by Medicare is limited to $1,840 in 2009 and $1860 for 2010 for
outpatient physical therapy and speech-language pathology combined. Occupational therapy
services have the same limits. Medicare pays up to 80 percent of the limits after the
deductible has been met. Exceptions to these limits apply to therapy billed by hospital
outpatient departments and may also apply to medically necessary services.

If you aren't due a payment check from Medicare, your Medicare Summary Notices (MSN) will
now be mailed to you on a quarterly basis. You will no longer get a monthly statement in
the mail for these types of MSNs. You will now get a statement every 90 days summarizing
all of your Medicare claims. Your provider may send you a bill that you may need to pay
before you get your MSN. When you get your MSN, look to see if you paid more than the MSN
says is due. If you paid more, call your provider about a refund. If you have any
questions about the bill from your provider, you should call your provider.

If you have not received your flu shot, it is not too late. Contact your health care
provider about getting the flu shot.

Medicare covers cardiovascular screenings that check your cholesterol and other blood fat
levels and screenings to check for diabetes. Talk to your doctor or call 1-800-MEDICARE
(1-800-633-4227) for more information.

Please have your Medicare number with you when you call 1-800-MEDICARE so your record can
be located. For your protection this MSN does not include your entire number.

Starting January 1, 2011, you may have to use certain Medicare-contracted suppliers to
get certain medical equipment and supplies. To find out which suppliers you can use,
visit www.medicare.gov, or call 1-800-MEDICARE.



# Medicare Summary Notice
March 11, 2011



007974
JOAN F MALONE
1140 N CAPITOL ST NW APT 504
WASHINGTON DC 20002-7558



**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number: XXX-XX-8707A**

If you have questions, call:
1-800-MEDICARE
(1-800-633-4227) (#12102,#12202)

**Ask for Doctor Services**
TTY for hearing impaired: 1-877-486-2048

**BE INFORMED:** Protect your Medicare
number as you would a credit card number.

This is a summary of claims processed from 12/28/2010 through 02/10/2011.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| **Claim number 11-10349-132-360** | | | | | | |
| **Medical Faculty Associates, P O Box 37055,** | | | | | | a |
| **Baltimore, MD 21297-3055** | | | | | | |
| Referred by: Boniface, Keith | | | | | | |
| Dr. Potter, Barry M. | | | | | | |
| 12/09/10 | 1.0 Chest x-ray | $40.00 | $12.47 | $9.98 | $2.49 | |
| | (71020-26) professional charge | | | | | |
| **Claim number 11-10351-132-380** | | | | | | |
| **Medical Faculty Associates, P O Box 37055,** | | | | | | a |
| **Baltimore, MD 21297-3055** | | | | | | |
| Dr. Boniface, Keith M.D. | | | | | | |
| 12/09/10 | 1.0 Emergency dept visit (99284-GC) | $233.00 | $127.38 | $101.90 | $25.48 | |

---

**THIS IS NOT A BILL - Keep this notice for your records.**

# IMPORTANT INFORMATION
# YOU SHOULD KNOW ABOUT YOUR MEDICARE PART B BENEFITS

For more information about services covered by Medicare, please see your Medicare Handbook.

## MEDICARE PART B MEDICAL INSURANCE:

Medicare Part B helps pay for doctors' services, diagnostic tests, ambulance services, durable medical equipment, and other health care services. Medicare Part A Hospital Insurance helps pay for inpatient hospital care, inpatient care in a skilled nursing facility following a hospital stay, home health care and hospice care. You will be sent a separate notice if you received Part A services or any outpatient facility services.

## MEDICARE ASSIGNMENT:

Medicare Part B claims may be **assigned** or **unassigned.** Providers who accept **assignment** agree to accept the Medicare approved amount as total payment for covered services. Medicare pays its share of the approved amount directly to the provider. You may be billed for unmet portions of the annual deductible and the coinsurance. You may contact us at the address or telephone number in the Customer Service Information box on the front of this notice for a list of **participating providers** who always accept assignment. You may save money by choosing a participating provider.

Doctors who submit **unassigned** claims have not agreed to accept Medicare's approved amount as payment in full. Generally, Medicare pays you 80% of the approved amount after subtracting any part of the annual deductible you have not met. A doctor who does not accept assignment may charge you up to 115% of the Medicare approved amount. This is known as the Limiting Charge. Some states have additional payment limits. The NOTES section on the front of this notice will tell you if a doctor has exceeded the Limiting Charge and the correct amount to pay your doctor under the law.

## YOUR RESPONSIBILITY:

The amount in the **You May Be Billed** column is your share of cost for the services shown on this notice. You are responsible for:

- **annual deductible:** taken from the first Medicare Part B approved charges each calendar year,
- **coinsurance:** 20% of the Medicare approved amount, after the deductible has been met for the year,
- the amount billed, up to the **limiting charge**, for unassigned claims, and
- charges for services/supplies that are **not covered** by Medicare. You may not have to pay for certain denied services. If so, a NOTE on the front will tell you.

If you have supplemental insurance, it may help you pay these amounts. If you use this notice to claim supplemental benefits from another insurance company, make a copy for your records.

## WHEN OTHER INSURANCE PAYS FIRST:

All Medicare payments are made on the condition that you will pay Medicare back if benefits could be paid by insurance that is primary to Medicare. Types of insurance that should pay before Medicare include employer group health plans, no-fault insurance, automobile medical insurance, liability insurance and worker's compensation. Notify us right away if you have filed or could file a claim with insurance that is primary to Medicare.

## YOUR RIGHT TO APPEAL:

If you disagree with what Medicare approved for these services, you may appeal the decision. You must file your appeal within **120 days of the date you receive this notice.** Unless you show us otherwise, we assume you received this notice 5 days after the date of this notice. Follow the appeal instructions on the front of the last page of the notice. If you want **help with your appeal,** a friend or someone else can help you. Also, groups such as legal aid services may provide free assistance. To contact us for the names and telephone numbers of groups in your area, please see our Customer Service Information box on the front of this notice.

## HELP STOP MEDICARE FRAUD:

Fraud is a false representation by a person or business to get Medicare payments. Some examples of fraud include:

- offers of goods or money in exchange for your Medicare Number,
- telephone or door-to-door offers of free medical services or items, and
- claims for Medicare services or items you did not receive.

If you think a person or business is involved in fraud, you should call Medicare at the Customer Service telephone number on the front of this notice.

## INSURANCE COUNSELING AND ASSISTANCE:

Insurance Counseling and Assistance programs are located in every State. These programs have volunteer counselors who can give you free assistance with Medicare questions, including enrollment, entitlement, Medigap and premium issues. If you would like to know how to get in touch with your local Insurance Counseling and Assistance Program Counselor, please call us at the number shown in the Customer Service Information box on the front of this notice.

# Medicare Summary Notice

March 11, 2011

**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number: XXX-XX-8707A**

If you have questions, call 1-800-Medicare
(1-800-633-4227) (#12901)

**Ask for Hospital Services**
**TTY for Hearing Impaired: 1-877-486-2048**

**BE INFORMED:** Always read the front and
back of your Medicare Summary Notice.

This is a summary of claims processed from 12/20/2010 through 02/11/2011.

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Control number 21034900401502NTA  01 | | | | | | a,b,c |
| **District Hospital Partners L P** | | | | | | |
| 901 23rd Street Nw | | | | | | |
| Sute 2500 | | | | | | |
| Washington, DC 20037-2377 | | | | | | |
| Referred by:  Keith Boniface | | | | | | |
| 12/09/10 | Pharmacy | $5.50 | $0.00 | $0.00 | $0.00 | d |
| | Comprehen metabolic panel (80053) | 180.75 | 0.00 | 0.00 | 0.00 | e |
| | Reagent strip/blood glucose (82948) | 29.75 | 29.75 | 0.00 | 0.00 | f,g,h |
| | Assay of lipase (83690) | 125.00 | 0.00 | 0.00 | 0.00 | e |
| | Complete cbc w/auto diff wbc (85025) | 73.75 | 0.00 | 0.00 | 0.00 | e |
| | Urinalysis auto w/scope (81001) | 47.50 | 0.00 | 0.00 | 0.00 | e |
| | Chest x-ray (71020) | 350.50 | 0.00 | 9.35 | 9.35 | |
| | Gastric intubation treatment (91105) | 232.25 | 0.00 | 35.37 | 35.37 | |
| | Emergency dept visit (99285) | 1,768.75 | 0.00 | 76.07 | 76.07 | |
| **Claim Total** | | **$2,813.75** | **$29.75** | **$120.79** | **$120.79** | |

## THIS IS NOT A BILL - Keep this notice for your records.

**Your Medicare Number: XXX-XX-8707A**
000007227

March 11, 2011

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Control number 21103801414802NTA  01 | | | | | | |
| District Hospital Partners L P | | | | | | b,c,i |
|    901 23rd Street Nw | | | | | | |
|    Sute 2500 | | | | | | |
|    Washington, DC 20037-2377 | | | | | | |
| Referred by:  Paul A. Silver | | | | | | |
| 01/10/11 | Therapeutic exercises (97110) | $112.14 | $0.00 | $0.00 | $0.00 | g,j |
| | Therapeutic exercises (97110) | 33.36 | 0.00 | 29.96 | 29.96 | k |
| | Pt evaluation (97001) | 499.27 | 0.00 | 0.00 | 0.00 | g,j |
| | Pt evaluation (97001) | 80.98 | 0.00 | 80.98 | 80.98 | l |
| | **Claim Total** | **$725.75** | **$0.00** | **$110.94** | **$110.94** | |

## Notes Section:

a The amount Medicare paid the provider for this claim is $416.77.

b This information is being sent to your private insurer(s).
Send any questions regarding your benefits to them.

c This information is being sent to Medicaid.  They will review it to see if additional benefits can be paid.

d Payment is included in another service received on the same day.

e This service is paid at 100% of the Medicare approved amount.

f The information provided does not support the need for this service or item.

g You should not be billed for this service.  You do not have to pay this amount.

h The following LMRP/LCD#'s and NCD #'s 190.20
were used when we made this decision.

i The amount Medicare paid the provider for this claim is $0.00.

j This amount is the difference in billed amount and Medicare approved amount.

k $29.96 of this approved amount has been applied toward your deductible.

l This approved amount has been applied toward your deductible.

# Medicare Summary Notice
December 17, 2010



JOAN F MALONE
1140 N CAPITOL ST NW APT 504
WASHINGTON DC 20002-7558

006646

**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number: XXX-XX-8707A**

If you have questions, call:
1-800-MEDICARE
(1-800-633-4227) (#12102,#12202)

**Ask for Doctor Services**
TTY for hearing impaired: 1-877-486-2048

**BE INFORMED:** Protect your Medicare number as you would a credit card number.

This is a summary of claims processed from 11/01/2010 through 12/10/2010.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 11-10292-148-050 | | | | | | a |
| **Medical Faculty Associates, P O Box 37055, Baltimore, MD 21297-3055** | | | | | | |
| Referred by: Silver, Paul A | | | | | | |
| Dr. Khurana, Parvinder S. M.D. | | | | | | |
| 10/12/10 | 1.0 Office/outpatient visit, est (99213-GE) | $138.00 | $74.83 | $59.86 | $14.97 | |
| Claim number 11-10328-192-640 | | | | | | a |
| **Medical Faculty Associates, P O Box 37055, Baltimore, MD 21297-3055** | | | | | | |
| Referred by: Dr. Kim, Chi Hyun | | | | | | |
| Dr. Kneller, Martin S. | | | | | | |
| 11/19/10 | 1.0 X-ray exam of lower spine (72110-26) professional charge | $57.00 | $17.67 | $14.14 | $3.53 | |

**THIS IS NOT A BILL - Keep this notice for your records.**

# IMPORTANT INFORMATION
# YOU SHOULD KNOW ABOUT YOUR MEDICARE PART B BENEFITS

For more information about services covered by Medicare, please see your Medicare Handbook.

**MEDICARE PART B MEDICAL INSURANCE:**
Medicare Part B helps pay for doctors' services, diagnostic tests, ambulance services, durable medical equipment, and other health care services. Medicare Part A Hospital Insurance helps pay for inpatient hospital care, inpatient care in a skilled nursing facility following a hospital stay, home health care and hospice care. You will be sent a separate notice if you received Part A services or any outpatient facility services.

**MEDICARE ASSIGNMENT:** Medicare Part B claims may be **assigned** or **unassigned.** Providers who accept **assignment** agree to accept the Medicare approved amount as total payment for covered services. Medicare pays its share of the approved amount directly to the provider. You may be billed for unmet portions of the annual deductible and the coinsurance. You may contact us at the address or telephone number in the Customer Service Information box on the front of this notice for a list of **participating providers** who always accept assignment. You may save money by choosing a participating provider.

Doctors who submit **unassigned** claims have not agreed to accept Medicare's approved amount as payment in full. Generally, Medicare pays you 80% of the approved amount after subtracting any part of the annual deductible you have not met. A doctor who does not accept assignment may charge you up to 115% of the Medicare approved amount. This is known as the Limiting Charge. Some states have additional payment limits. The NOTES section on the front of this notice will tell you if a doctor has exceeded the Limiting Charge and the correct amount to pay your doctor under the law.

**YOUR RESPONSIBILITY:** The amount in the **You May Be Billed** column is your share of cost for the services shown on this notice. You are responsible for:
- **annual deductible:** taken from the first Medicare Part B approved charges each calendar year,
- **coinsurance:** 20% of the Medicare approved amount, after the deductible has been met for the year,
- the amount billed, up to the **limiting charge,** for unassigned claims, and
- charges for services/supplies that are **not covered** by Medicare. You may not have to pay for certain denied services. If so, a NOTE on the front will tell you.

If you have supplemental insurance, it may help you pay these amounts. If you use this notice to claim supplemental benefits from another insurance company, make a copy for your records.

**WHEN OTHER INSURANCE PAYS FIRST:** All Medicare payments are made on the condition that you will pay Medicare back if benefits could be paid by insurance that is primary to Medicare. Types of insurance that should pay before Medicare include employer group health plans, no-fault insurance, automobile medical insurance, liability insurance and worker's compensation. Notify us right away if you have filed or could file a claim with insurance that is primary to Medicare.

**YOUR RIGHT TO APPEAL:** If you disagree with what Medicare approved for these services, you may appeal the decision. You must file your appeal within **120 days of the date you receive this notice.** Unless you show us otherwise, we assume you received this notice 5 days after the date of this notice. Follow the appeal instructions on the front of the last page of the notice. If you want **help with your appeal,** a friend or someone else can help you. Also, groups such as legal aid services may provide free assistance. To contact us for the names and telephone numbers of groups in your area, please see our Customer Service Information box on the front of this notice.

**HELP STOP MEDICARE FRAUD:** Fraud is a false representation by a person or business to get Medicare payments. Some examples of fraud include:
- offers of goods or money in exchange for your Medicare Number,
- telephone or door-to-door offers of free medical services or items, and
- claims for Medicare services or items you did not receive.

If you think a person or business is involved in fraud, you should call Medicare at the Customer Service telephone number on the front of this notice.

**INSURANCE COUNSELING AND ASSISTANCE:**
Insurance Counseling and Assistance programs are located in every State. These programs have volunteer counselors who can give you free assistance with Medicare questions, including enrollment, entitlement, Medigap and premium issues. If you would like to know how to get in touch with your local Insurance Counseling and Assistance Program Counselor, please call us at the number shown in the Customer Service Information box on the front of this notice.

 **Medicare Summary Notice**

March 02, 2011



```
039536
```
JAON F MALONE
1140 N CAPITOL ST NW APT 504
WASHINGTON DC 20002-7558



**BE INFORMED:** Always read the front and back of your Medicare Summary Notice.

---

**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number: XXX-XX-8707A**

If you have questions, call 1-800-Medicare (1-800-633-4227) (#12901)

**Ask for Hospital Services**
**TTY for Hearing Impaired: 1-877-486-2048**

---

This is a summary of claims processed on 12/01/2010.

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Control number 21033300003602NTA  01 | | | | | | a,b,c |
| District Hospital Partners L P | | | | | | |
|  901 23rd Street Nw | | | | | | |
|  Sute 2500 | | | | | | |
|  Washington, DC 20037-2377 | | | | | | |
| Referred by: Chihyun Kim | | | | | | |
| 11/19/10 | X-ray exam of lower spine (72110) | $677.50 | $0.00 | $15.67 | $15.67 | |

---

**Notes Section:**

a The amount Medicare paid the provider for this claim is $62.68.

b This information is being sent to your private insurer(s).
Send any questions regarding your benefits to them.

c This information is being sent to Medicaid. They will review it to see if additional benefits can be paid.

---

**THIS IS NOT A BILL - Keep this notice for your records.**

**Your Medicare Number: XXX-XX-8707A**
000085538

## Deductible Information:

You have met the Part B deductible for 2010.

## General Information:

If the coinsurance amount you paid is more than the amount shown on your notice, you are entitled to a refund, please contact your provider.

If you change your address, contact the Social Security Administration by calling 1-800-772-1213.

Compare the services you receive with those that appear on your Medicare Summary Notice. If you have questions, call your doctor or provider. If you feel further investigation is needed due to possible fraud or abuse, call the phone number in the Customer Service Information Box.

If you aren't due a payment check from Medicare, your Medicare Summary Notices (MSN) will now be mailed to you on a quarterly basis. You will no longer get a monthly statement in the mail for these types of MSNs. You will now get a statement every 90 days summarizing all of your Medicare claims. Your provider may send you a bill that you may need to pay before you get your MSN. When you get your MSN, look to see if you paid more than the MSN says is due. If you paid more, call your provider about a refund. If you have any questions about the bill from your provider, you should call your provider.

Please have your complete Medicare number with you when you call 1-800-MEDICARE so your record can be located. For your protection this MSN does not include your entire number.

Medicare helps pay for many preventive services including flu and pneumococcal shots, test for cancer, diabetes monitoring supplies and others. Call 1-800-MEDICARE (1-800-633-4227) for more information.

Colorectal cancer is second leading cancer killer in the United States. Medicare helps pay for colorectral screening tests. Talk to you doctor about screening options that are right for you.

Do you know how strong your bones are? Medicare helps pay for bone mass measurement tests to measure the strength of bones for people at risk of osteoporosis. Talk to your doctor to learn if this test is right for you.

Early detection is the best protection from breast cancer. Get a mammogram. Not just once, but for a lifetime. Medicare helps pay for screening mammograms.


# Medicare Summary Notice

March 11, 2011



|||||||||||| |||||||||||| |||||||||||||||||||

ADD22   00011863
JOAN MALONE
1140 N CAPITOL ST NW
SUITE 504
WASHINGTON DC  20002-7558

## CUSTOMER SERVICE INFORMATION

**Your Medicare Number: XXX-XX-8707A**
**(#16003)**
If you have questions, call:

**Call: 1-800-MEDICARE (1-800-633-4227)**
**Ask for Medical Supplies**
TTY-for Hearing Impaired: 1-877-486-2048

**BE INFORMED:** Protect your Medicare number as you would a credit card number.

This is a summary of claims processed from 12/11/2010 through 03/11/2011.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number   10328745275000 | | | | | | |
| THE SCOOTER STORE - BALTI, PO BOX 310709, NEW BRAUNFELS, TX 78131-0709 | | | | | | a |
| Referred by:   PAUL A SILVER | | | | | | |
| 11/23/10 | 2.0  22nf sealed leadacid battery (E2361-NUKXGL) SPECIFIC REQUIRED DOCUMENTAT | $505.90 | $252.44 | $201.95 | $50.49 | b |
| 11/23/10 | 1.0  PWC gp 2 std cap chair (K0823-NUKHKXBP) SPECIFIC REQUIRED DOCUMENTA | 6,695.00 | 3,641.40 | 2,913.12 | 728.28 | |
| | **Claim Total** | **$7,200.90** | **$3,893.84** | **$3,115.07** | **$778.77** | |
| Claim number   11052763001000 | | | | | | |
| THE SCOOTER STORE - BALTI, PO BOX 310709, NEW BRAUNFELS, TX 78131-0709 | | | | | | a |
| Referred by:   PAUL A SILVER | | | | | | |
| 02/17/11 | 3.0  Repair/svc DME non-oxygen eq (K0739) | $82.50 | $40.68 | $32.54 | $8.14 | |
| 02/17/11 | 1.0  Hand/chin ctrl std joystick (E2374-NURBKX) REPLACEMENT OF A PART OF A D | 574.20 | 482.81 | 383.42 | 99.39 | c |
| | **Claim Total** | **$656.70** | **$523.49** | **$415.96** | **$107.53** | |

## Notes Section:

a  This information is being sent to Medicaid. They will review it to see if additional benefits can be paid.

b  You are not liable for any additional charge as a result of receiving an upgraded item.

c  $3.53 of the approved amount has been applied toward your deductible.

MB3860

**THIS IS NOT A BILL - Keep this notice for your records.**

**IMPORTANT INFORMATION ABOUT YOUR MEDICARE PART B MEDICAL INSURANCE BENEFITS**

For more information about services covered by Medicare, please see your Medicare Handbook.

**MEDICARE PART B MEDICAL INSURANCE:**
Medicare Part B helps pay for doctors' services, diagnostic tests, ambulance services, durable medical equipment, and other health care services. Medicare Part A Hospital Insurance helps pay for inpatient hospital care, inpatient care in a skilled nursing facility following a hospital stay, home health care and hospice care. You will be sent a separate notice if you received Part A services or any outpatient facility services.

**MEDICARE ASSIGNMENT:** Medicare Part B claims may be **assigned** or **unassigned**. Providers who accept **assignment** agree to accept the Medicare approved amount as total payment for covered services. Medicare pays its share of the approved amount directly to the provider. You may be billed for unmet portions of the annual deductible and the coinsurance. You may contact us at the address or telephone number in the Customer Service Information box on the front of this notice for a list of **participating providers** who always accept assignment. You may save money by choosing a participating provider.

Doctors who submit **unassigned** claims have not agreed to accept Medicare's approved amount as payment in full. Generally, Medicare pays you 80% of the approved amount after subtracting any part of the annual deductible you have not met. A doctor who does not accept assignment may charge you up to 115% of the Medicare approved amount. This is known as the Limiting Charge. Some states have additional payment limits. The NOTES section on the front of this notice will tell you if a doctor has exceeded the Limiting Charge and the correct amount to pay your doctor under the law.

**YOUR RESPONSIBILITY:** The amount in the **You May Be Billed** column is your share of cost for the services shown on this notice. You are responsible for:
- **annual deductible:** taken from the first Medicare Part B approved charges each calendar year,
- **coinsurance:** 20% of the Medicare approved amount, after the deductible has been met for the year,
- the amount billed, up to the **limiting charge**, for unassigned claims, and
- charges for services/supplies that are **not covered** by Medicare. You may not have to pay for certain denied services. If so, a NOTE on the front will tell you.

If you have supplemental insurance, it may help you pay these amounts. If you use this notice to claim supplemental benefits from another insurance company, make a copy for your records.

**WHEN OTHER INSURANCE PAYS FIRST:** All Medicare payments are made on the condition that you will pay Medicare back if benefits could be paid by insurance that is primary to Medicare. Types of insurance that should pay before Medicare include employer group health plans, no-fault insurance, automobile medical insurance, liability insurance and workers' compensation. Notify us right away if you have filed or could file a claim with insurance that is primary to Medicare.

**YOUR RIGHT TO APPEAL:** If you disagree with what Medicare approved for these services, you may appeal the decision. You must file your appeal within **120 days of the date you receive this notice.** Unless you show us otherwise, we assume you received this notice 5 days after the date of this notice. Follow the appeal instructions on the front of the last page of this notice. If you want **help with your appeal,** a friend or someone else can help you. Also, groups such as legal aid services may provide free assistance. To contact us for the names and telephone numbers of groups in your area, please see our Customer Service Information box on the front of this notice.

**HELP STOP MEDICARE FRAUD:** Fraud is a false representation by a person or business to get Medicare payments. Some examples of fraud include:
- offers of goods or money in exchange for your Medicare Number,
- telephone or door-to-door offers of free medical services or items, and
- claims for Medicare services or items you did not receive.

If you think a person or business is involved in fraud, you should call Medicare at the Customer Service telephone number on the front of this notice.

**INSURANCE COUNSELING AND ASSISTANCE:**
Insurance Counseling and Assistance programs are located in every State. These programs have volunteer counselors who can give you free assistance with Medicare questions, including enrollment, entitlement, Medigap and premium issues. If you would like to know how to get in touch with your local Insurance Counseling and Assistance Program Counselor, please call us at the number shown in the Customer Service Information box on the front of this notice.

## Deductible Information:

You have met the Part B deductible for 2010.



You have now met $162.00 of your $162.00 Part B deductible for 2011.

## General Information:

Please have your complete Medicare number with you when you call 1-800-MEDICARE so your record can be located.  For your protection this MSN does not include your entire number.

DME MAC Jurisdiction A Winter 2011 Webinar Schedule - Now Available

The DME MAC Jurisdiction A Outreach & Education Team has announced the availability of our FREE 2011 Winter educational Webinar sessions. For further details, including a list of the upcoming session dates, visit the Events & Seminars section of the DME MAC Jurisdiction A Web site at:
    http://www.medicarenhic.com/dme/dmerc_seminars.shtml

If you change your address, contact the Social Security Administration by calling 1-800-772-1213.

March - National Colorectal Cancer Awareness Month

Colorectal cancer is the second leading cancer killer in the United States. Medicare helps pay for colorectal cancer screening tests. Talk to your doctor about screening options that are right for you.

Beneficiaries must use Medicare-enrolled suppliers in order to receive payment from Medicare. NHIC, Corp. is now processing all claims in your geographic area for oxygen, durable medical equipment, prosthetics and orthotics, parenteral and enteral nutritional supplies, immuno-suppressive drugs, and home dialysis equipment and supplies.  NHIC, Corp. will process claims for such items/services based on your permanent address.  Since this information must be correct, your supplier may be contacting you to confirm your address.

Any claim for these items already submitted to your local carrier will be processed by that carrier.

Your local carrier will continue to process claims for other items and services.

If you have a question about this claim, please contact us at the telephone number or address shown on this statement.

You have the right to make a request in writing for an itemized statement which details each Medicare item or service which you have received from your physician, hospital, or any other health supplier or health professional.  Please contact them directly, in writing, if you would like an itemized statement.

Compare the services you receive with those that appear on your Medicare Summary Notice.  If you have questions, call your doctor or provider.  If you feel further investigation is needed due to possible fraud or abuse, call the phone number in the Customer Service Information Box.

Want to see your latest claims?  Visit MyMedicare.gov on the web any time, day, or night, and get the most out of your Medicare.  Your personalized Medicare information is waiting for you online.

**(continued)**

## General Information: (continued)

If you aren't due a payment check from Medicare, your Medicare Summary Notices (MSN) will now be mailed to you on a quarterly basis. You will no longer get a monthly statement in the mail for these types of MSNs. You will now get a statement every 90 days summarizing all of your Medicare claims. Your provider may send you a bill that you may need to pay before you get your MSN.  When you get your MSN, look to see if you paid more than the MSN says is due.  If you paid more, call your provider about a refund.  If you have any questions about the bill from your provider, you should call your provider.

## Appeals Information – Part B

**If you disagree with any claims decisions on this notice,** your appeal must be received by **July 14, 2011.**

Follow the instructions below:

1) Circle the item(s) you disagree with and explain why you disagree.

2) Send this notice, or a copy, to the following address: NHIC, Corp. DME MAC Jurisdiction A, 75 Sgt. William Terry Drive, Hingham, MA  02044.

(You may also send any additional information you may have about your appeal.)

3) Sign here _____        Phone number (___)_____

4) Medicare Number _____.

March 11, 2011

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 11-10354-102-510 | | | | | | |
| Medical Faculty Associates, P O Box 37055, | | | | | | a |
| Baltimore, MD 21297-3055 | | | | | | |
| Referred by: Silver, Paul A | | | | | | |
| Dr. Czarnecki, Michael J. M.D. | | | | | | |
| 12/09/10 | 1.0 Office/outpatient visit, est (99213-GC) | $138.00 | $74.83 | $59.86 | $14.97 | |
| | | | | | | |
| Claim number 11-11040-138-580 | | | | | | |
| Medical Faculty Associates, P O Box 37055, | | | | | | a |
| Baltimore, MD 21297-3055 | | | | | | |
| Dr. Silver, Paul A. M.D. | | | | | | |
| 02/07/11 | 1.0 Office/outpatient visit, est (99212) | $90.00 | $47.53 | $0.00 | $47.53 | b |
| 02/07/11 | 1.0 Office service (G8553) | 0.00 | 0.00 | 0.00 | 0.00 | c |
| | Claim Total | $90.00 | $47.53 | $0.00 | $47.53 | |

**Notes Section:**

a  This information is being sent to Medicaid.  They will review it to see if additional benefits can be paid.

b  This approved amount has been applied toward your deductible.

c  This code is for informational/reporting purposes only.  You should not be charged for this code.  If there is a charge, you do not have to pay the amount.

**Deductible Information:**

You have met the Part B deductible for 2010.

You have now met $ 47.53 of your $162.00 Part B deductible for 2011.

March 11, 2011

## General Information:

If you have questions about this notice or need information on how to appeal this claim, please see the last page of this notice or call 1-800-MEDICARE, (1-800-633-4227). Select the option for claims and then doctor services. Additional Medicare information can be found on our website at www.highmarkmedicareservices.com.

To obtain claim, deductible or eligibility status, try our Interactive Voice Response Unit (IVR). If you have touch tone service dial 1-800-633-4227.

TO CHANGE YOUR ADDRESS:
First contact Social Security at 1-800-772-1213 to inform them of your address change. Then call us at 1-800-633-4227 as it is shown in the Customer Service Information Box on the first page of this notice.

Compare the services you receive with those that appear on your Medicare Summary Notice. If you have questions, call your doctor or provider. If you feel further investigation is needed due to possible fraud or abuse, call the phone number in the Customer Service Information Box on the first page of this notice.

If you aren't due a payment check from Medicare, your Medicare Summary Notices (MSN) will now be mailed to you on a quarterly basis. You will no longer get a monthly statement in the mail for these types of MSNs. You will now get a statement every 90 days summarizing all of your Medicare claims. Your provider may send you a bill that you may need to pay before you get your MSN. When you get your MSN, look to see if you paid more than the MSN says is due. If you paid more, call your provider about a refund. If you have any questions about the bill from your provider, you should call your provider.

Colorectal cancer is the second leading cancer killer in the United States. Medicare helps pay for colorectal cancer screening tests. Talk to your doctor about screening options that are right for you.

Please have your Medicare number with you when you call 1-800-MEDICARE so your record can be located. For your protection this MSN does not include your entire number.

Starting January 1, 2011, you may have to use certain Medicare-contracted suppliers to get certain medical equipment and supplies. To find out which suppliers you can use, visit www.medicare.gov, or call 1-800-MEDICARE.

March 11, 2011

## Deductible Information:

You have met the Part B deductible for 2010.

You have now met $158.47 of your $162.00 Part B deductible for 2011.

## General Information:

If you change your address, contact the Social Security Administration
by calling 1-800-772-1213.

Compare the services you receive with those that appear on your Medicare
Summary Notice. If you have questions, call your doctor or provider. If you
feel further investigation is needed due to possible fraud or abuse, call the
phone number in the Customer Service Information Box.

If you aren't due a payment check from Medicare, your Medicare Summary Notices
(MSN) will now be mailed to you on a quarterly basis. You will no longer get a
monthly statement in the mail for these types of MSNs. You will now get a
statement every 90 days summarizing all of your Medicare claims. Your provider
may send you a bill that you may need to pay before you get your MSN. When
you get your MSN, look to see if you paid more than the MSN says is due. If
you paid more, call your provider about a refund. If you have any questions
about the bill from your provider, you should call your provider.

Please have your complete Medicare number with you when you call
1-800-MEDICARE so your record can be located. For your protection this MSN
does not include your entire number.

Medicare helps pay for many preventive services including flu and
pneumococcal shots, test for cancer, diabetes monitoring supplies and others.
Call 1-800-MEDICARE (1-800-633-4227) for more information.

Colorectal cancer is second leading cancer killer in the United States.
Medicare helps pay for colorectral screening tests. Talk to you doctor about
screening options that are right for you.

Do you know how strong your bones are? Medicare helps pay for bone mass
measurement tests to measure the strength of bones for people at risk of
osteoporosis. Talk to your doctor to learn if this test is right for you.

Early detection is the best protection from breast cancer. Get a mammogram.
Not just once, but for a lifetime. Medicare helps pay for screening
mammograms.

**Your Medicare Number: XXX-XX-8707A**
000007229

March 11, 2011

## General Information (continued):

Want to see your latest claims?  Visit MyMedicare.gov on the web any time, day, or night, and get the most out of your Medicare.  Your personalized Medicare information is waiting for you online.

## Appeals Information - Part B (Outpatient)

**If you disagree with any claims decisions on this notice,**
your appeal must be received by **July 14, 2011.**
Follow the instructions below:

1) Circle the item(s) you disagree with and explain why you disagree.

2) Send this notice, or a copy, to the following address:
   **HIGHMARK MEDICARE SERVICES**
   **MEDICARE A**
   **P.O. BOX 890122**
   **CAMP HILL, PA  17089-0122**
   (You may also send any additional information you may have about your appeal.)

3) Sign here _____ Phone number (____)_____

4) Medicare Number:  _____

# *CMS* Medicare Summary Notice

February 23, 2007

CENTERS for MEDICARE & MEDICAID SERVICES

YEHANNA MALONE
PO BOX 15082
WASHINGTON DC 20003-0082

## CUSTOMER SERVICE INFORMATION

**Your Medicare Number: 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A**

If you have questions, write or call:
MUTUAL OF OMAHA (#52280)
MEDICARE DIVISION
P.O. BOX 1602
OMAHA, NE 68101

**Call: 1-800-MEDICARE (1-800-633-4227)**
**Ask For Hospital Services**
**TDD-Telecommunication Device**
**For The Deaf: 1-877-486-2048**

**BE INFORMED:** Always review your Medicare Summary Notice for correct information about the items or services you received.

This is a summary of claims processed on 02/15/2007.

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Control number 20703604847602 | 01 | | | | | |
| **District Hospital Partners Lp** | | | | | | a,b,c |
| **George Washington Univ Hosp** | | | | | | |
| **901 23rd St Nw Ste 2500** | | | | | | |
| **Washington, DC 20037-2377** | | | | | | |
| Referred by: Neal Sikka | | | | | | |
| 01/24/07-01/25/07 | Emergency dept visit (99283) | $522.75 | $0.00 | $36.52 | $36.52 | |
| | Non-covered item or service (A9270) | 3.75 | 3.75 | 0.00 | 3.75 | d |
| **Claim Total** | | **$526.50** | **$3.75** | **$36.52** | **$40.27** | |

## Notes Section:

a The amount Medicare paid the provider for this claim is $101.10.

**(continued)**

---

**THIS IS NOT A BILL - Keep this notice for your records.**

# IMPORTANT INFORMATION YOU SHOULD KNOW
## ABOUT YOUR MEDICARE BENEFITS

For more information about services covered by Medicare, please see your Medicare Handbook.

**PART A HOSPITAL INSURANCE (INPATIENT)** helps pay for inpatient hospital care, inpatient care in a skilled nursing facility following a hospital stay, home health care and hospice care. Inpatient services are measured in benefit periods. A benefit period begins the first time you receive Medicare covered inpatient hospital care and ends when you have been out of the hospital or skilled nursing facility for 60 consecutive days. There is no limit to the number of benefit periods you may have.

**THE AMOUNT YOU MAY BE BILLED** for Part A services includes:
- **an inpatient hospital deductible** once during each benefit period,
- **a coinsurance amount for the 61st through the 90th days** of a hospital stay during each benefit period,
- **a coinsurance amount for each Lifetime Reserve Day,** which can be used if you have to stay in the hospital more than 90 days in one benefit period. Lifetime Reserve Days may be used only once.
- **a blood deductible** for the first three pints of unreplaced blood furnished to you in a calendar year in some states,
- **an inpatient coinsurance for the 21st through the 100th days** of a Medicare covered stay in a **skilled nursing facility,**
- charges for services or supplies that are **not covered by** Medicare. You may not have to pay for certain denied services. If so, a NOTE on the front will tell you.

**PART B MEDICAL INSURANCE (OUTPATIENT FACILITIES)** helps pay for care provided by certified medical facilities, such as hospital outpatient departments, renal dialysis facilities, and community health centers.

**THE AMOUNT YOU MAY BE BILLED** for PART B services includes:
- **An annual deductible,** taken from the first Medicare Part B charges each year;
- After the deductible has been met for the year, depending on services received, a **coinsurance** amount (20 percent of the amount charged), or a fixed copayment for each service; and
- Charges for services or supplies that are **not covered by** Medicare. You may not have to pay for certain denied services. If so, a NOTE on the front will tell you.

If you have supplemental insurance, it may help to pay the amounts you may be billed.

If you use this notice to claim supplemental benefits from another insurance company, make a copy for your records.

**WHEN OTHER INSURANCE PAYS FIRST:** All Medicare payments are made on the condition that you will pay Medicare back if benefits could be paid by insurance that is primary to Medicare. Types of insurance that should pay before Medicare include employer group health plans, no-fault insurance, automobile medical insurance, liability insurance and workers' compensation. Notify us right away if you have filed or could file a claim with insurance that is primary to Medicare.

**YOUR RIGHT TO APPEAL:** If you disagree with what Medicare approved for these services, you may appeal the decision. You must file your appeal within **120 days of the date you receive this notice.** Unless you show us otherwise, we assume you received this notice 5 days after the date of this notice. Follow the appeal instructions on the front of the last page of the notice. If you want **help with your appeal,** a friend or someone else can help you. Also, groups such as legal aid services may provide free assistance. To contact us for the names and telephone numbers of groups in your area, please see our Customer Service Information box on the front of this notice.

**HELP STOP MEDICARE FRAUD:** Fraud is a false representation by a person or business to get Medicare payments. Some examples of fraud include:
- offers of goods or money in exchange for your Medicare Number,
- telephone or door-to-door offers for free medical services or items, and
- claims for Medicare services/items you did not receive.

If you think a person or business is involved in fraud, you should call Medicare at the Customer Service Telephone number on the front of this notice.

**INSURANCE COUNSELING AND ASSISTANCE:** Insurance Counseling and Assistance programs are located in every State. These programs have volunteer counselors who can give you free assistance with Medicare questions, including enrollment, entitlement, Medigap, and premium issues. If you would like to know how to get in touch with your local Insurance Counseling and Assistance Program Counselor, please call us at the number shown in the Customer Service Information box on the front of this notice.



# Medicare Summary Notice

March 23, 2007



|ılıllllıılllıllıll...lllllıılllıl.ılıl.lllılııılıllıl|

ADD22   00010079
YEHANNA J MALONE
PO BOX 15082
WASHINGTON DC 20003-0082

**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number: 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A**

If you have questions, write or call:

Palmetto GBA      **(#16003)**
PO Box 100297
Columbia, SC 29202-3297

**Call: 1-800-MEDICARE (1-800-633-4227)**
**Ask for Medical Supplies**
TTY-Device for Deaf: 1-877-486-2048

**BE INFORMED:** Protect your Medicare number as you would a credit card number.

This is a summary of claims processed from 12/23/2006 through 03/23/2007.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number  06159851350001 | | | | | | |
| **SCOOTER STR BALTIMORE LLC, PO BOX 310709,** | | | | | | **a,b** |
| **NEW BRAUNFELS, TX 78131-0709** | | | | | | |
| 06/01/06 | 2   Repair for DME, per 15 min (E1340) | $55.00 | $20.62 | $16.50 | $4.12 | |
| 06/01/06 | 1   W/C acc,saf belt pelv strap | 42.70 | 42.70 | 34.16 | 8.54 | |
| | (E0978-NURP) REPLACEMENT AND REPAIR -RP M | | | | | |
| | **Claim Total** | **$97.70** | **$63.32** | **$50.66** | **$12.66** | |

## Notes Section:

a  If you do not agree with the Medicare approved amount(s) and $100 or more is in dispute (less deductible and co-insurance), you may ask for a hearing. You must request a hearing within 6 months of the date of this notice. To meet the limit you may combine amounts on other claims that have been reviewed. At the hearing, you may present any new evidence which could affect the decision. Call us at the number in the Customer Service block if you need more information about the hearing process.

b  This is a correction to a previously processed claim and/or deductible record.

## Deductible Information:

You have met the Part B deductible for 2006.

M83860

**THIS IS NOT A BILL - Keep this notice for your records.**

**MEDICARE PART B MEDICAL INSURANCE:**
Medicare Part B helps pay for doctors' services, diagnostic tests, ambulance services, durable medical equipment, and other health care services. Medicare Part A Hospital Insurance helps pay for inpatient hospital care, inpatient care in a skilled nursing facility following a hospital stay, home health care and hospice care. You will be sent a separate notice if you received Part A services or any outpatient facility services.

**MEDICARE ASSIGNMENT:** Medicare Part B claims may be **assigned** or **unassigned**. Providers who accept **assignment** agree to accept the Medicare approved amount as total payment for covered services. Medicare pays its share of the approved amount directly to the provider. You may be billed for unmet portions of the annual deductible and the coinsurance. You may contact us at the address or telephone number in the Customer Service Information box on the front of this notice for a list of **participating providers** who always accept assignment. You may save money by choosing a participating provider.

Doctors who submit **unassigned** claims have not agreed to accept Medicare's approved amount as payment in full. Generally, Medicare pays you 80% of the approved amount after subtracting any part of the annual deductible you have not met. A doctor who does not accept assignment may charge you up to 115% of the Medicare approved amount. This is known as the Limiting Charge. Some states have additional payment limits. The NOTES section on the front of this notice will tell you if a doctor has exceeded the Limiting Charge and the correct amount to pay your doctor under the law.

**YOUR RESPONSIBILITY:** The amount in the **You May Be Billed** column is your share of cost for the services shown on this notice. You are responsible for:
- **annual deductible:** taken from the first Medicare Part B approved charges each calendar year,
- **coinsurance:** 20% of the Medicare approved amount, after the deductible has been met for the year,
- the amount billed, up to the **limiting charge,** for unassigned claims, and
- charges for services/supplies that are **not covered** by Medicare. You may not have to pay for certain denied services. If so, a NOTE on the front will tell you.

If you have supplemental insurance, it may help you pay these amounts. If you use this notice to claim supplemental benefits from another insurance company, make a copy for your records.

**WHEN OTHER INSURANCE PAYS FIRST:** All Medicare payments are made on the condition that you will pay Medicare back if benefits could be paid by insurance that is primary to Medicare. Types of insurance that should pay before Medicare include employer group health plans, no-fault insurance, automobile medical insurance, liability insurance and workers' compensation. Notify us right away if you have filed or could file a claim with insurance that is primary to Medicare.

**YOUR RIGHT TO APPEAL:** If you disagree with what Medicare approved for these services, you may appeal the decision. You must file your appeal within **120 days of the date you receive this notice.** Unless you show us otherwise, we assume you received this notice 5 days after the date of this notice. Follow the appeal instructions on the front of the last page of the notice. If you want **help with your appeal,** a friend or someone else can help you. Also, groups such as legal aid services may provide free assistance. To contact us for the names and telephone numbers of groups in your area, please see our Customer Service Information box on the front of this notice.

**HELP STOP MEDICARE FRAUD:** Fraud is a false representation by a person or business to get Medicare payments. Some examples of fraud include:
- offers of goods or money in exchange for your Medicare Number,
- telephone or door-to-door offers of free medical services or items, and
- claims for Medicare services or items you did not receive.

If you think a person or business is involved in fraud, you should call Medicare at the Customer Service telephone number on the front of this notice.

**INSURANCE COUNSELING AND ASSISTANCE:**
Insurance Counseling and Assistance programs are located in every State. These programs have volunteer counselors who can give you free assistance with Medicare questions, including enrollment, entitlement, Medigap and premium issues. If you would like to know how to get in touch with your local Insurance Counseling and Assistance Program Counselor, please call us at the number shown in the Customer Service Information box on the front of this notice.

**Your Medicare Number: 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A**





391900 003773

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 11-05350-109-120 | | | | | | |
| **Medical Faculty Associates, P O Box 37055,** | | | | | | a |
| **Baltimore, MD 21297-3055** | | | | | | |
| Referred by: Dr. Solomon, Allen J., M.D. | | | | | | |
| Dr. Hsia, Judith A. M.D. | | | | | | |
| 12/07/05 | 1 echo exam of heart (93307-26GC) professional charge | $495.00 | $53.65 | $42.92 | $10.73 | |
| 12/07/05 | 1 doppler echo exam, heart (93320-26GC) professional charge | 125.00 | 22.32 | 17.86 | 4.46 | |
| 12/07/05 | 1 doppler color flow add-on (93325-26GC) professional charge | 100.00 | 4.51 | 3.61 | 0.90 | |
| | **Claim Total** | **$720.00** | **$80.48** | **$64.39** | **$16.09** | |
| Claim number 11-05350-109-130 | | | | | | |
| **Medical Faculty Associates, P O Box 37055,** | | | | | | a |
| **Baltimore, MD 21297-3055** | | | | | | |
| Dr. Kapur, Girish B. M.D. | | | | | | |
| 12/07/05 | 1 emergency dept visit (99285-GC) | $325.00 | $162.68 | $130.14 | $32.54 | |
| 12/07/05 | 1 electrocardiogram report (93010) | 64.00 | 9.86 | 7.89 | 1.97 | |
| | **Claim Total** | **$389.00** | **$172.54** | **$138.03** | **$34.51** | |
| Claim number 11-05356-205-190 | | | | | | |
| **Medical Faculty Associates, P O Box 37055,** | | | | | | a |
| **Baltimore, MD 21297-3055** | | | | | | |
| Referred by: Dr. Kapur, Girish B., M.D. | | | | | | |
| Dr. Potter, Barry M. M.D. | | | | | | |
| 12/07/05 | 1 chest x-ray (71020-26) professional charge | $40.00 | $12.30 | $9.84 | $2.46 | |
| Claim number 11-05349-182-510 | | | | | | |
| **Medical Faculty Associates, P O Box 37055,** | | | | | | a |
| **Baltimore, MD 21297-3055** | | | | | | |
| Dr. Solomon, Allen J. M.D. | | | | | | |
| 12/08/05 | 1 initial hospital care (99222) | $245.00 | $122.46 | $97.97 | $24.49 | |
| 12/09/05 | 1 Hospital discharge day (99238) | 150.00 | 77.36 | 61.89 | 15.47 | |
| | **Claim Total** | **$395.00** | **$199.82** | **$159.86** | **$39.96** | |

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 11-05350-109-100 | | | | | | |
| Medical Faculty Associates, P O Box 37055, Baltimore, MD 21297-3055 | | | | | | a |
| Referred by: Dr. Solomon, Allen J., M.D. | | | | | | |
| Dr. Plehn, Jonathan M.D. | | | | | | |
| 12/08/05 | 1 electrocardiogram report (93010) | $64.00 | $9.86 | $7.89 | $1.97 | |
| Claim number 11-05350-109-110 | | | | | | |
| Medical Faculty Associates, P O Box 37055, Baltimore, MD 21297-3055 | | | | | | a |
| Referred by: Dr. Solomon, Allen J., M.D. | | | | | | |
| Dr. Katz, Richard J. M.D. | | | | | | |
| 12/09/05 | 1 cardiovascular stress test (93018-GC) | $145.00 | $17.31 | $13.85 | $3.46 | |
| 12/09/05 | 1 cardiovascular stress test (93016-GC) | 100.00 | 26.37 | 21.10 | 5.27 | |
| | Claim Total | $245.00 | $43.68 | $34.95 | $8.73 | |

**Notes Section:**

a This information is being sent to Medicaid. They will review it to see if additional benefits can be paid.

## Deductible Information:

You have met the Part B deductible for 2005.

## General Information:

Compare the services you receive with those that appear on your Medicare Summary Notice. If you have questions, call your doctor or provider. If you feel further investigation is needed due to possible fraud or abuse, call the phone number in the Customer Service Information Box.